# EXHIBIT 1

| | |
|---|---|
| **From:** | Branson, Joshua D. |
| **To:** | "Zionts, David"; "Nichols, Carl" |
| **Subject:** | Atchley v. AZ -- Service on Roche Ltd. |
| **Date:** | Friday, December 01, 2017 2:56:15 PM |
| **Attachments:** | Summons to F Hoffman La Roche Ltd.pdf |
| | 2017 10 17 [001] COMPLAINT.PDF |

David and Carl:  As authorized by the Court's November 28, 2017 Order, I'm hereby serving F. Hoffmann-La Roche Ltd. with the Summons and the Complaint pursuant to Federal Rule of Civil Procedure 4(f)(3).

I'm also going to email these documents to the addresses identified in the Declaration attached to our original Motion.  David, I'll plan to cc you on those.

Have a great weekend.

Josh


**Joshua D. Branson**
**KELLOGG, HANSEN, TODD, FIGEL & FREDERICK, P.L.L.C.**

Sumner Square | 1615 M Street, N.W. | Suite 400 | Washington, DC 20036

ph: 202-326-7944 | fax: 202-326-7999

NOTICE:  This transmission is intended only for the use of the addressee and may contain information that is privileged, confidential and exempt from disclosure under applicable law.  If you are not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited.  If you have received this communication in error, please notify the sender immediately via reply e-mail, and then destroy all instances of this communication.  Thank you.