IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOSHUA ATCHLEY *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | Case No. 1:17-CV-02136 (RJL) |
| v. ) | |
| ) | ORAL ARGUMENT REQUESTED |
| ASTRAZENECA UK LIMITED *et al.*, ) | |
| ) | |
| Defendants. ) | |

**FOREIGN DEFENDANTS' MOTION TO DISMISS**

Each of the Foreign Defendants in the above-captioned action,[1] by its respective undersigned counsel, respectfully moves to dismiss the complaint in this action pursuant to Rules 12(b)(1) and 12(b)(6) of the Federal Rules of Civil Procedure for the reasons set forth in the Memorandum in Support of Defendants' Rule 12(b)(1) and 12(b)(6) Motions to Dismiss accompanying the Domestic Defendants' Motion to Dismiss.

Each of the Foreign Defendants also moves to dismiss for lack of personal jurisdiction, pursuant to Rule 12(b)(2) of the Federal Rules of Civil Procedure, for the reasons set forth in the accompanying Memorandum in Support of Defendants' Motions to Dismiss for Lack of Personal Jurisdiction.

Defendant F. Hoffmann-La Roche Ltd also moves to dismiss Plaintiffs' claims pursuant to Rule 12(b)(5) of the Federal Rules of Civil Procedure for insufficient service of process. The Court has previously granted Plaintiffs leave to serve F. Hoffmann-La Roche Ltd pursuant to Rule

---

[1] The Foreign Defendants are AstraZeneca UK Limited, GE Medical Systems Information Technologies GmBH, Cilag GmBH International, Janssen Pharmaceutica NV, Pfizer Enterprises SARL, and F. Hoffmann-La Roche Ltd.

4(f)(3).  Minute Order (Nov. 28, 2017).  Plaintiffs thereafter purported to serve F. Hoffmann-La Roche Ltd through counsel, various e-mail addresses, and two U.S. affiliates.  *See* ECF No. 56.  Defendant F. Hoffmann-La Roche Ltd acknowledges the Court's prior ruling, but respectfully renews and preserves its objections to Plaintiffs' alternative methods of service for the reasons previously expressed.  *See* ECF No. 37.  Rule 4(f)(3) only authorizes service by "other means" that are "not prohibited by international agreement."  Here, Plaintiffs' "other means" required the transmittal of documents abroad, making application of the Hague Convention mandatory, and a deviation from its prescribed methods a violation of that accord.  *See id.* at 2–3.  Plaintiffs also failed to show good cause to circumvent the Convention at the risk of greatly offending Swiss law and sovereignty.  *Id.* at 4–8.  Plaintiffs made no effort to comply with the Convention, even though Switzerland is efficient in processing service requests through proper channels, and objects to alternate forms of service as a matter of its sovereignty.  *Id.* at 5–8.  Defendant F. Hoffmann-La Roche Ltd acknowledges this Court's decision to authorize alternate forms of service, and renews its objections to these forms of service as a basis for dismissal under Rule 12(b)(5) in order to preserve its position.

       The Foreign Defendants respectfully request oral argument on this Motion.  A proposed order has been attached hereto for the Court's consideration.

Dated: February 5, 2018                               Respectfully submitted,

/s/ Neil H. MacBride
Neil H. MacBride (D.C. Bar No. 439137)
Kenneth J. Wainstein (D.C. Bar No. 451058)
DAVIS POLK & WARDWELL LLP
901 15th Street, N.W.
Washington, DC 20005
Tel: (202) 962-7030; Fax: (202) 962-7118
neil.macbride@davispolk.com

Paul S. Mishkin (admitted *pro hac vice*)
DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, NY 10017
Tel: (212) 450-4292; Fax: (212) 701-5292
paul.mishkin@davispolk.com

*Counsel for Defendant AstraZeneca UK Limited*

/s/ John B. Bellinger
John B. Bellinger III (D.C. Bar No. 405059)
David J. Weiner (D.C. Bar No. 499806)
Robert A. DeRise (D.C. Bar No. 1005355)
ARNOLD & PORTER KAYE SCHOLER LLP
601 Massachusetts Ave., N.W.
Washington, DC 20001
(202) 942-5000
john.bellinger@arnoldporter.com

Robert Reeves Anderson (D.C. Bar No. 994989)
ARNOLD & PORTER KAYE SCHOLER LLP
370 Seventeenth Street, Suite 4400
Denver, CO 80202-1370
(303) 863-2325
Reeves.Anderson@arnoldporter.com

*Counsel for Defendant GE Medical Systems Information Technologies GmbH*

/s/ John F. Baughman
John F. Baughman (D.C. Bar No. NY0254)
PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
1285 Avenue of the Americas
New York, New York 10019-6064
(212) 373-3000
jbaughman@paulweiss.com

Jeh C. Johnson (admitted *pro hac vice*)
PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
2001 K Street, NW
Washington, DC 20006-1047
(202) 223-7300
jjohnson@paulweiss.com

*Counsel for Defendants Cilag GmbH International and Janssen Pharmaceutica NV*

/s/ Joseph G. Petrosinelli
Joseph G. Petrosinelli (D.C. Bar No. 434280)
Christopher N. Manning (D.C. Bar No. 464069)
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, N.W.
Washington, DC 20005
(202) 434-5000
jpetrosinelli@wc.com

*Counsel for Defendant Pfizer Enterprises SARL*

(signatures continue on next page)

<u>/s/ John E. Hall</u>
John E. Hall (D.C. Bar No. 415364)
Beth S. Brinkmann (D.C. Bar No. 477771)
David M. Zionts (D.C. Bar No. 995170)
COVINGTON & BURLING LLP
One CityCenter
850 Tenth Street N.W.
Washington, DC 20001
Telephone: (202) 662-5987
Facsimile: (202) 778-5987
jhall@cov.com

*Counsel for Defendant F. Hoffmann-La Roche Ltd*

**CERTIFICATE OF SERVICE**

      I hereby certify that on this 5th day of February, 2018, I electronically transmitted a copy of the foregoing Motion to Dismiss on behalf of all Foreign Defendants to the Clerk's Office using the CM/ECF system, and service was effected electronically to all counsel of record.

                                        /s/ Neil H. MacBride
                                        Neil H. MacBride