# EXHIBIT 1

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| JOSHUA ATCHLEY *et al.*, )<br>　　　　　　　　　　　　　　　　　)<br>　　　　　Plaintiffs,　　　　　　　　)<br>　　　　　　　　　　　　　　　　　)　　Case No. 1:17-CV-02136 (RJL)<br>　　　v.　　　　　　　　　　　　　　)<br>　　　　　　　　　　　　　　　　　)<br>ASTRAZENECA UK LTD., *et al.*, 　)<br>　　　　　　　　　　　　　　　　　)<br>　　　　　Defendants.　　　　　　　) | |

## INDEX OF EXHIBITS

EXHIBIT 1　　Index of Exhibits

**Exhibits Incorporated By Reference In The Complaint**

EXHIBIT 2　　Michael Gordon & General Bernard Trainor, The Endgame: The Inside Story of the Struggle for Iraq, From George W. Bush to Barack Obama (2012) (excerpts) (first cited in Compl. ¶ 59 n.20).

EXHIBIT 3　　Brandon Sprague & Adam Shemper, *Baghdad's Shame*, Salon (Aug. 28, 2003), https://www.salon.com/2003/08/28/babies_2/ (last visited Feb. 5, 2018) (excerpts) (first cited in Compl. ¶ 48 n.5).

EXHIBIT 4　　U.S. Commercial Serv., Doing Business In Iraq (2013), https://www.trade.gov/iraq/build/groups/public/@tg_iqtf/documents/webcontent/tg_iqtf_004087.pdf (last visited Jan. 31, 2018) (excerpts) (first cited in Compl. ¶ 124 n.85).

EXHIBIT 5　　USAID, Iraqi Private Sector Growth and Employment Generation: Pharmaceutical and Medical Products in Iraq (Apr. 17, 2007), https://ia800302.us.archive.org/21/items/PharmaceuticalAndMedicalProductsInIraq/PharmaceuticalAndMedicalProductsInIraq.pdf (last visited Jan. 31, 2018) (excerpts) (first cited in Compl. ¶ 127 n.88).

EXHIBIT 6　　Damien Cave & Stephen Farrell, *At Street Level: Unmet Goals of Troop Buildup*, N.Y. Times (Sept. 9, 2007), http://www.nytimes.com/2007/09/09/world/middleeast/09surge.html (last visited Feb. 4, 2018) (first cited in Compl. ¶ 4 n.53).

EXHIBIT 7　　Nimrod Raphaeli, *Understanding Muqtada al-Sadr*, Middle East Quarterly (Fall 2004), http://www.meforum.org/655/understanding-muqtada-al-sadr (last visited Feb. 1, 2018) (first cited in Compl. ¶ 59 n.18).

EXHIBIT 8　　152 Cong. Rec. H8581 (daily ed. Nov. 13, 2006) (statement of Rep. Ted Poe) (first cited in Compl. ¶ 340 n.283).

EXHIBIT 9　　Lara Logan, *Iraq, Up Close: Bodies and Terror*, CBS News (Oct. 5, 2006), https://www.cbsnews.com/news/iraq-up-close-bodies-and-terror/ (last visited Feb. 1, 2018) (first cited in Compl. ¶ 73 n.29).

| | |
|---|---|
| EXHIBIT 10 | Off. of Accountability & Transparency, U.S. Embassy in Baghdad, The Sixth Month Review of Iraq's Performance & Capacity In Enforcing Its Anticorruption Laws (Dec. 24, 2006), https://fas.org/irp/eprint/anticorruption.pdf (last visited Feb. 1, 2018) (excerpts) (first cited in Compl. ¶ 77 n.30). |
| EXHIBIT 11 | William Branigin, Petraeus: Iraq Situation Is "Exceedingly Challenging," Wash. Post (Apr. 26, 2007), http://www.washingtonpost.com/wp-dyn/content/article/2007/04/26/AR2007042600896.html (last visited Feb. 1, 2018) (first cited in Compl. ¶ 92 n.43). |
| EXHIBIT 12 | David E. Johnson et al., The 2008 Battle of Sadr City: Reimagining Urban Combat (RAND Corp. 2013), https://www.rand.org/content/dam/rand/pubs/research_reports/RR100/RR160/RAND_RR160.pdf (last visited Feb. 1, 2018) (excerpts) (first cited in Compl. ¶ 327 n.268). |
| EXHIBIT 13 | U.S. Dep't of Treasury, Treasury Designates Individual, Entity Posing Threat to Stability in Iraq (July 2, 2009), https://www.treasury.gov/press-center/press-releases/Pages/tg195.aspx (last visited Feb. 5, 2018) (first cited in Compl. ¶ 359 n.313). |
| EXHIBIT 14 | Edward T. Pound, *The Iran Connection*, U.S. News & World Report (Nov. 22, 2004), (first cited in Compl. ¶ 345 n.288) |
| EXHIBIT 15 | Mahan Abedin, *Dossier: The Sadrist Movement*, Middle East Intell. Bull. (July 2003), https://www.meforum.org/meib/articles/0307_iraqd.htm (last visited Jan. 31, 2018) (first cited in Compl. ¶ 326 n.266). |
| EXHIBIT 16 | Rola el-Husseini, *Hizbullah and Regional Non-State Actors*, in Islamist Politics in the Middle East 166 (Samer S. Shehata ed., 2012) (excerpts) (Compl. ¶ 366, n.331). |

**Exhibits Subject To Judicial Notice**

| | |
|---|---|
| EXHIBIT 17 | Barbara Salazar Torreon, Cong. Research Serv., RS21405, U.S. Periods of War and Dates of Recent Conflicts (Oct. 11, 2017), https://fas.org/sgp/crs/natsec/RS21405.pdf (last visited Feb. 2, 2018). |
| EXHIBIT 18 | Dep't of Def., *Operation Iraqi Freedom (OIF) U.S. Casualty Status Fatalities*, https://www.defense.gov/casualty.pdf (last visited Jan. 18, 2018). |
| EXHIBIT 19 | U.S. Gov't Accountability Off., GAO-05-876, Rebuilding Iraq: Status of Funding and Reconstruction Efforts (2005) (excerpts). |
| EXHIBIT 20 | USAID, *Reconstruction Weekly Update* (Mar. 31, 2005), https://reliefweb.int/sites/reliefweb.int/files/resources/EB7F4E6994964192C1256FDA0041D6C0-usaid-irq-31mar.pdf (last visited Feb. 1, 2018). |
| EXHIBIT 21 | USAID, *Reconstruction Weekly Update* (Sept. 1, 2005), https://reliefweb.int/sites/reliefweb.int/files/resources/62F8B7FD771E28FC49257073001A9637-usaid-irq-1sep.pdf (last visited Feb. 1, 2018). |
| EXHIBIT 22 | USAID, *Reconstruction Weekly Update* (July 7, 2005), https://reliefweb.int/sites/reliefweb.int/files/resources/B94E2DC3AD6799A685257042006F924F-usaid-irq-07jul.pdf (last visited Feb. 1, 2018). |

| | |
|---|---|
| EXHIBIT 23 | USAID, *Reconstruction Weekly Update* (Sept. 30, 2005), https://reliefweb.int/sites/reliefweb.int/files/resources/5658B63B076EAFCC4925708F000DA117-usaid-irq-30sep.pdf (last visited Feb. 1, 2018). |
| EXHIBIT 24 | USAID, *Reconstruction Weekly Update* (Jan. 20, 2006), https://reliefweb.int/sites/reliefweb.int/files/resources/12E42EDC8CA971F6852570FC0070E63B-usaid-irq-20jan.pdf (last visited Feb. 1, 2018). |
| EXHIBIT 25 | USAID, *Fact Sheet: Accomplishments in Iraq* (Oct. 14, 2009) (summarizing USAID-sponsored Ministry projects) (Oct. 14, 2009), https://reliefweb.int/sites/reliefweb.int/files/resources/62432AA1C088C960492576560005E928-Full_Report.pdf (last visited Feb. 1, 2018). |
| EXHIBIT 26 | U.S. Dep't of State, Section 2207 Report on Iraq Relief and Reconstruction, App'x I (Apr. 5, 2005), https://2001-2009.state.gov/s/d/rm/rls/2207/apr2005/html/44194.htm (last visited Feb. 2, 2018) (excerpts). |
| EXHIBIT 27 | U.S. Dep't of State, Section 2207 Report on Iraq Relief and Reconstruction, Exec. Summ. (Apr. 2006), https://2001-2009.state.gov/p/nea/rls/rpt/2207/apr2006/html/64413.htm (last visited Jan. 30, 2018). |
| EXHIBIT 28 | U.S.-Iraq Strategic Framework Agreement (Nov. 17, 2008), https://www.acq.osd.mil/log/ps/.policies.html/SE_SFA.pdf (last visited Feb. 1, 2018). |
| EXHIBIT 29 | U.S. Dep't of Def., Measuring Stability and Security in Iraq (July 23, 2009) (excerpts). |
| EXHIBIT 30 | The White House, James K. Haveman Jr., https://georgewbush-whitehouse.archives.gov/government/haveman-bio.html (last visited Jan. 31, 2018). |
| EXHIBIT 31 | Coal. Provisional Auth., Reconstruction Levy, Order No. 38 (Sept. 9, 2003). |
| EXHIBIT 32 | Int'l Trade Admin., Exporting U.S. Goods to Iraq (June 2012), https://www.trade.gov/iraq/build/groups/public/@tg_iqtf/documents/webcontent/tg_iqtf_003873.pdf (last visited Feb. 5, 2018). |
| EXHIBIT 33 | U.S. Commercial Serv., Doing Business in Iraq (2012), https://photos.state.gov/libraries/iraq/216651/Dossiers/Doing_Business_in_Iraq_CCG_2012.pdf (last visited Feb. 5, 2018) (excerpts). |
| EXHIBIT 34 | U.S. Dep't of Commerce, Business Guide for Iraq (2004). |
| EXHIBIT 35 | U.S. Commercial Serv., Doing Business in Iraq (2009), https://build.export.gov/build/groups/public/@eg_iq/documents/webcontent/eg_iq_038635.pdf (last visited (Feb. 5, 2018) (excerpts). |
| EXHIBIT 36 | USAID, Investor Guide of Baghdad (Nov. 2011), http://www.iraq-businessnews.com/wp-content/uploads/2011/12/USAID-Tijara-Investor_Guide_of_Baghdad_Eng.pdf (last visited Jan. 31, 2018) (excerpts). |
| EXHIBIT 37 | U.S. Special Inspector Gen. for Iraq Reconstr., Quarterly Report to the U.S. Congress, List of Contracting Actions and Grants (Oct. 30, 2012) (excerpts). |
| EXHIBIT 38 | U.S. Special Inspector General for Iraq Reconstruction, Quarterly Report to the U.S. Congress, List of Contracting Actions and Grants (Oct. 30, 2006) (excerpts). |

| | |
|---|---|
| EXHIBIT 39 | U.S. Special Inspector General for Iraq Reconstruction, Quarterly Report to the U.S. Congress (Jan. 30, 2009) (excerpts). |
| EXHIBIT 40 | U.S. Dep't of Commerce, International Trade Administration, Iraq; Events, https://www.trade.gov/iraq/tg_iqtf_003426.asp (last updated Aug. 25, 2015) (last visited Jan. 31, 2018) (excerpts). |
| EXHIBIT 41 | USAID, *Iraq Weekly Update* (Mar. 31, 2006), https://reliefweb.int/sites/reliefweb.int/files/resources/0DEA4D5B6D7943D84925714D00105AC1-usaid-irq-31mar1.pdf (last visited Feb. 2, 2018). |
| EXHIBIT 42 | Iraq: The Crocker-Petraeus Report: Hearing on S. 110-490 Before the S. Comm. on Foreign Relations, 110th Cong. (Sept. 11, 2007) https://www.gpo.gov/fdsys/pkg/CHRG-110shrg44322/html/CHRG-110shrg44322.htm (last visited Jan. 19, 2018) (excerpts). |
| EXHIBIT 43 | Kenneth Katzman, Cong. Research Serv., RL31339, Report for Congress, Iraq: Post-Saddam Governance and Security (June 4, 2008) (excerpts). |
| EXHIBIT 44 | U.S. Dep't of State, Country Reports on Terrorism 2008 (April 2009) (excerpts). |
| EXHIBIT 45 | U.S. Dep't of State, Country Reports on Terrorism 2009 (August 2010) (excerpts). |
| EXHIBIT 46 | U.S. Nat'l Counterterrorism Ctr., 2007 Report on Terrorism (Apr. 30, 2008) (excerpts). |
| EXHIBIT 47 | U.S. Dep't of State, Country Reports on Terrorism 2007 (April 2008) (excerpts). |
| EXHIBIT 48 | Declaration and Principles: Future U.S. Commitments to Iraq, Joint Hearing Before the Subcommittee on the Middle East and South Asia and the Subcommittee on International Organizations, Human Rights, and Oversight of the H. Comm. on Foreign Affairs, 110th Cong, 2d session (March 4, 2008) (testimony of the Honorable David Satterfield, Senior Advisor, Coordinator for Iraq, U.S. Dept. of State) (excerpts). |
| EXHIBIT 49 | George W. Bush, Communication from the President of the United States, H. R. Doc. No. 108-175 (2004). |
| EXHIBIT 50 | George W. Bush, Communication from the President of the United States, H. R. Doc. No. 108-231 (2004). |
| EXHIBIT 51 | George W. Bush, Communication from the President of the United States, H. R. Doc. No. 109-30 (2005). |
| EXHIBIT 52 | George W. Bush, Communication from the President of the United States, H. R. Doc. No. 109-73 (2005). |
| EXHIBIT 53 | George W. Bush, Communication from the President of the United States, H. R. Doc. No. 109-114 (2006). |
| EXHIBIT 54 | George W. Bush, Communication from the President of the United States, H. R. Doc. No. 110-5 (2007). |
| EXHIBIT 55 | George W. Bush, Communication from the President of the United States, H. R. Doc. No. 110-38 (2007). |

| | |
|---|---|
| EXHIBIT 56 | George W. Bush, Communication from the President of the United States, H. R. Doc. No. 110-81 (2007). |
| EXHIBIT 57 | George W. Bush, Communication from the President of the United States, H. R. Doc. No. 110-122 (2008). |
| EXHIBIT 58 | Barack Obama, Message from the President of the United States, H. R. Doc. No. 111-61 (2009). |
| EXHIBIT 59 | Barack Obama, Communication from the President of the United States, H. R. Doc. No. 111-79 (2009). |
| EXHIBIT 60 | Barack Obama, Communication from the President of the United States, H. R. Doc. No. 111-122 (2010). |
| EXHIBIT 61 | U.S. Dep't of Def., Measuring Stability and Security in Iraq (Nov. 4, 2009), https://www.defense.gov/Portals/1/Documents/pubs/9010_Report_to_Congress_Nov_09.pdf (last visited Jan. 31, 2018) (excerpts). |
| EXHIBIT 62 | U.S. Dep't of Def., Measuring Stability and Security in Iraq (March 2, 2007), http://archive.defense.gov/home/pdf/9010_March_2007_Final_Signed.pdf (last visited Jan. 31, 2018) (excerpts). |
| EXHIBIT 63 | U.S. Dep't of Def., Measuring Stability and Security in Iraq (Oct. 13, 2005), http://archive.defense.gov/pubs/20051013_publication_OSSRF.pdf (last visited Jan. 31, 2018) (excerpts). |
| EXHIBIT 64 | S.C. Res. 1790, Annex II, Letter dated Dec. 10, 2007 from U.S. Secretary of State to President of Security Council, U.N. Doc. S/RES/1790 (Dec. 18, 2007). |
| EXHIBIT 65 | S.C. Res. 1723, Annex II, Letter dated Nov. 17, 2006 from U.S. Secretary of State to President of Security Council, U.N. Doc. S/RES/1723 (Nov. 28, 2006). |
| EXHIBIT 66 | S.C. Res. 1637, Annex II, Letter dated Oct. 29, 2005 from U.S. Secretary of State to President of Security Council, U.N. Doc. S/RES/1637 (Nov. 11, 2005). |
| EXHIBIT 67 | S.C. Res. 1546, Annex, Text of letters from Prime Minister of Interim Government of Iraq and U.S. Secretary of State to President of Security Council, U.N. Doc. S/RES/1546 (June 8, 2004). |
| EXHIBIT 68 | Op. of Off. of Legal Counsel, U.S. Dep't of Justice, *Re: Applicability of Federal Criminal Laws and the Constitution to Contemplated Lethal Operations Against Shaykh Anwar al-Aulaqi* (July 16, 2010) (excerpts). |
| EXHIBIT 69 | Int'l Comm. of the Red Cross (ICRC), Opinion Paper, How is the Term "Armed Conflict" Defined in International Humanitarian Law (March 2008). |
| EXHIBIT 70 | Int'l Comm. of the Red Cross, Iraq post 28 June 2004: Protecting Persons Deprived of Freedom Remains a Priority (Aug. 5, 2004). |
| EXHIBIT 71 | U.S. Dep't of Veterans Affairs, Dates and Names of Conflicts, https://www.va.gov/VETSINWORKPLACE/docs/em_datesNames.asp (last visited Feb. 1, 2018). |
| EXHIBIT 72 | U.S. Dep't of Def., Off. of Gen. Counsel, Law of War Manual (June 2015), https://www.defense.gov/Portals/1/Documents/pubs/Law-of-War-Manual-June-2015.pdf (last visited Jan. 31, 2018) (excerpts). |

| | |
|---|---|
| EXHIBIT 73 | World Health Org., *Assuring quality medicines for the people of Iraq* (May 8, 2007), https://reliefweb.int/report/iraq/assuring-quality-medicines-people-iraq (last visited Jan. 30, 2018). |
| EXHIBIT 74 | Kirk Semple, *Sectarian Attack Is Worst in Baghdad Since Invasion*, N.Y. Times (Nov. 24, 2006), http://www.nytimes.com/2006/11/24/world/middleeast/24iraq.html (last visited Jan. 31, 2018). |

**Exhibits Submitted In Support Of Defendants' Rule 12(b)(1) Motion**

| | |
|---|---|
| EXHIBIT 75 | U.S. Dep't of State Cable, CPA Senior Health Advisor Haveman's Visit to Amman (Aug. 3, 2003), http://wikileaks.org/plusd/cables/03AMMAN4831_a.html (last visited Jan. 31, 2018). |
| EXHIBIT 76 | U.S. Dep't of State Cable, Good Vibes at Iraqi MOH Briefing for Big PhRMA (Nov. 20, 2003), http://wikileaks.org/plusd/cables/03AMMAN7579_a.html (last visited Jan. 31, 2018). |

**Other Legal Authorities And Treatises**

| | |
|---|---|
| EXHIBIT 77 | Michael N. Schmitt, *Iraq (2003 Onwards)*, in *International Law and the Classification of Conflicts* (Elizabeth Wilmshurst ed., 2012). |
| EXHIBIT 78 | KH (Article 15(c) Qualification Directive) Iraq CG [2008] UKAIT 00023 (excerpts). |