# EXHIBIT 2

# THE ENDGAME

## THE INSIDE STORY OF THE STRUGGLE FOR IRAQ, FROM GEORGE W. BUSH TO BARACK OBAMA

## Michael R. Gordon and General Bernard E. Trainor



PANTHEON BOOKS, NEW YORK

ument 64-2   Filed 02/05/18   Page 3 of 62

Copyright © 2012 by Michael R. Gordon and Bernard E. Trainor

All rights reserved. Published in the United States by Pantheon Books,
a division of Random House, Inc., New York, and in Canada
by Random House of Canada Limited, Toronto.

Pantheon Books and colophon are registered trademarks
of Random House, Inc.

Library of Congress Cataloging-in-Publication Data
Gordon, Michael R., [date]
The endgame : the inside story of the struggle for Iraq,
from George W. Bush to Barack Obama /
Michael R. Gordon and General Bernard E. Trainor.
p.  cm.
Includes bibliographical references and index.
ISBN 978-0-307-37722-7
1. Iraq War, 2003–2011.   2. Insurgency—Iraq.   3. Iraq—Politics and
government—21st century.   4. Iraq War, 2003–2011—Political aspects—
United States.   5. United States—Armed Forces—Iraq—History.
6. Iraq—Ethnic relations.   7. Iraq—Relations—United States.   8. United
States—Relations—Iraq.   I. Trainor, Bernard E., [date]   II. Title.

DS79.76.G672 2012          956.7044'3—dc23          2012024746

www.pantheonbooks.com

Jacket design by Archie Ferguson
Book design by M. Kristen Bearse

Printed in the United States of America
First Edition
2   4   6   8   9   7   5   3   1

# Contents

| | |
|---|---|
| Maps | xi |
| Prologue | xvii |

### PART 1  *Iraqi Freedom*
### The Occupation and Its Discontents, 2003–2006

| | |
|---|---|
| 1. Desert Crossing | 3 |
| 2. Politics of the Gun | 19 |
| 3. "Sovereignty with Limits" | 40 |
| 4. Vigilant Resolve | 56 |
| 5. A Lost Cause? | 74 |
| 6. Our Man in Baghdad | 88 |
| 7. New Dawn | 106 |
| 8. The Long Telegram | 127 |
| 9. Papa Jaafari | 142 |
| 10. The Red Team | 158 |
| 11. The Year of Living Dangerously | 180 |
| 12. Together Forward | 204 |
| 13. The Perfect Storm | 220 |
| 14. Out West | 240 |

### PART 2  *Double Down*
### The Surge and Its Aftermath, 2006–2008

| | |
|---|---|
| 15. Some Friendly Advice | 267 |
| 16. Back to the Drawing Board | 287 |
| 17. League of the Righteous | 312 |

*Contents*

18. Petraeus Takes Command                          329
19. The Enemy Within                                351
20. The Former-Insurgent Counterinsurgency          369
21. Phantom Thunder                                 389
22. The USS *CENTCOM*                               410
23. General Petraeus Goes to Washington             429
24. No Plan B                                        449
25. Charge of the Knights                           464
26. March Madness                                   484
27. Strange Justice                                 505

PART 3  *New Dawn*
Obama, Maliki, and Beyond, 2008–2012

28. Let's Make a Deal                               523
29. The Home Stretch                                542
30. Change at the Top                               560
31. The Odd Couple                                  581
32. Trouble Up North                                599
33. Crises of Confidence                            614
34. Team of Rivals                                  628
35. The Numbers Game                                651
36. Mission Accomplished                            672

    Epilogue                                        685
    Acknowledgments                                 693
    Notes                                           697
    Index                                           767

was going on in Iraq," he recalled. "So the idea was to take what you had in there and build on it, the inside-out model. There was no discussion about democratization or elections. That was simply not on the agenda. We were not democratic crusaders in the Clinton administration, especially when it came to the Middle East."[8]

George W. Bush saw things differently. While his predecessors considered the occupation of Iraq to be a debilitating snare, Bush viewed it as a strategic opportunity and even a moral crusade. The president and his aides had been caught short by the September 11 terrorist attacks. Missile defense, military competition with China, the pursuit of high-tech weaponry, and the nation's defense overall—these had been the pressing security issues in the early months of his administration.

But after the terrorist strikes in New York and Washington and the administration's improvised campaign in Afghanistan to topple the Taliban for their role in harboring Al-Qaeda, Bush had searched for a doctrine that would confer a larger meaning on the fight against terrorists. Iraq would be the second phase in the administration's self-described "War on Terror." Washington would resolve, once and for all, its anxiety over Iraq's suspected WMD programs and frustration with Saddam's persistent efforts to punch a hole in the economic sanctions. The demonstration of American power would strengthen the United States' position in the Middle East, recruit a new Iraqi ally in the fight against extremism, and send a message to Iran, Syria, and other miscreants in the region about the risks of pursuing WMD.

Reflecting a new "freedom agenda," the United States would join the ideological struggle for the hearts and minds of the Muslim world by implanting a democracy in the heart of the Middle East. The bold vision was outlined in August 2002 in a classified document that Bush had signed six months before the invasion. Blandly titled "Iraq: Goals, Objectives and Strategy," the document proclaimed that the United States would midwife a new Iraq whose society would be "based on moderation, pluralism, and democracy."[9] With his reversal of Iraq's invasion of Kuwait, the president's father had vowed to preserve international norms against the forces of chaos; this new president would upset the established order to spread the gospel of freedom.

The philosophical differences between the two Bush administrations emerged when Condoleezza Rice, the younger Bush's national security adviser, sat down with Brent Scowcroft, her former mentor and counter-

part in the administration of the elder Bush. Over dinner at 1789, a swank Georgetown restaurant, Rice revealed her goal of bringing democracy to Saddam Hussein's Iraq. "I said, 'Condi, it's just not going to happen,'" Scowcroft recalled. "'You can't build democracy that way.' She said, 'Oh yes you can.'"[10]

As the clock ticked down on the invasion of Iraq in the spring of 2003, Deputy National Security Adviser Stephen J. Hadley convened a meeting of the Deputies Committee, a panel of sub-cabinet-level officials, to ponder the vexing question of how the United States might respond if a band of Iraqi generals took matters into their own hands. "The question came up: What if a group of generals sent us a message that they were willing to topple Saddam if we promised to support them?" recalled Hadley. "Would it be sufficient if they said they would not do anything that troubled the U.S.?" The answer the officials settled on, and which Hadley dutifully reported to his boss, was that the United States would be content to let the generals do the dirty work of disposing of Saddam on two conditions: the United States would be allowed to retrieve the presumed stocks of WMD and the United Nations would be allowed to supervise elections and the transition to a democratic government. Absent those steps American forces would still march in.[11]

Zinni, who had conducted the Desert Crossing exercise and had retired from the military in 2000, publicly opposed the invasion. But, concluding that the war was all but inevitable, Zinni was prepared to fly to Tampa to advise his successor at CENTCOM, Tommy Franks, about the need to face up to the challenges of dealing with the failed state that might well follow the American invasion. That plan was thwarted when the Pentagon blocked the trip.[12] The Bush administration never studied Desert Crossing. Yet more than any other president, Bush keenly experienced the vicissitudes of the "inside-out" and "outside-in" options.

"There were two conflicting concepts at play for some time for what we would do after liberation," recalled Zalmay Khalilzad, the Afghan-born senior NSC staff member for Iraq and the highest-ranking Muslim in the Bush administration. "One idea was that we could form a government very quickly, à la Afghanistan. The competing narrative was 'No, we will govern ourselves for a while and transition ministries to the Iraqis as they get ready to take over responsibility. The Iraqi political exiles and some from inside will be appointed as advisers to us.'"

Khalilzad was very much in the first camp, as was, initially, the president himself. Bush had campaigned for the White House as a skeptic of the sort

of nation-building the Clinton administration had undertaken in the Balkans, and the Bush administration's early months in Afghanistan had reinforced its belief that regime change could be carried out without a major commitment to reconstruction or lingering deployments. "He repeatedly said in meetings, 'We need to give this to the Iraqis as quickly as possible to form a government,'" said Khalilzad, who was responsible for taking the official notes of the president's meetings on Iraq. Rice, Bush's loyal national security adviser, was also fully on board.[13]

The American-led invasion force would pry Saddam's followers from the levers of power, snap enlightened technocrats into place, and quickly hand over responsibility to the new Iraqi authorities, who would be made up of exiles and internal players recruited after Saddam's fall. The changes in Iraq (and eventually the broader Middle East) that followed would be more like the sweeping transformation of Eastern Europe in 1989 than the prolonged and costly rebuilding of Germany after the Second World War. An oppressive, authoritarian regime would be removed, the liberated masses would breathe a sigh of relief, and new officials would grab hold of the levers of power and administer the new state.

Khalilzad, who had played an important behind-the-scenes role in the deliberations that elevated Hamid Karzai to power in Afghanistan after the Taliban were toppled, served as Bush's envoy to the Iraqi opposition. With one regime change already under his belt, Khalilzad would oversee the caucusing over the sort of government that should take over after Saddam was ousted, which began in London before the dictator was toppled.[14]

The closest Khalilzad would come to fulfilling his vision involved a helter-skelter episode during the early days of the American-led invasion in 2003, when American troops, to their surprise, encountered stiff opposition from the Fedayeen Saddam and the dictator's other paramilitary forces. The White House had dispatched Khalilzad to Ankara to keep the pressure on the Turks not to intervene in northern Iraq. Late one night, as he was holed up in a hotel in Ankara, he was woken up by a phone call from an agitated John Abizaid, the deputy head of CENTCOM, who wanted Khalilzad to slam his political plan into fast-forward.

Abizaid, an American general of Lebanese descent, had been convinced from the start that American troops would be an "antibody" in Iraqi society and had been looking for a way to put an Iraqi face on the American military campaign since its inception. Barking instructions, Abizaid told Khalilzad that he needed to round up the Iraqi exiles and bring them straightaway to Umm Qasr, the ramshackle port city at the southern tip

of Iraq, so they could immediately stand up a new government. The Iraqi resistance to the American liberators was greater than anticipated and Abizaid was convinced that it was because they did not want to surrender to the Americans.

Khalilzad said that he needed to be sure the new government included not only exiles but also Iraqis in the country, and he was uncertain as to whom among them to invite. Abizaid brushed this consideration aside. "Those are goddamn details," the general bellowed. "It's about American lives. Today, this morning, it was discussed at an NSC meeting. The president has asked me to tell you this." Several days later, the American military juggernaut resumed its advance to Baghdad and White House interest in an Umm Qasr–based government vanished as quickly as it had materialized. Still, Khalilzad believed his strategy to quickly stand up a new Iraqi authority was on track and convened meetings with Iraqi exiles, sheikhs, and other leaders near Nasiriyah and, after Saddam was toppled, in Baghdad.[15]

Khalilzad's partner in those early meetings was Jay Garner, a retired three-star Army general with a background in air defense whose formative experience in Iraq was a humanitarian effort to help the Kurds in the wake of the 1991 Persian Gulf War. As the head of the Office for Reconstruction and Humanitarian Assistance (ORHA), Garner expected mainly more of the same. The mission was to cope with the expected flood of refugees and the oil field fires the Americans feared Saddam's henchmen would set, avert famine, and, in general, deal with the short-term dislocations that would be endured by what was presumed to be a largely grateful population. In keeping with his mandate, Garner planned to administer the country by assigning advisers to the government's ministries, which he projected would be intact; remove only senior members of the Baath Party; and quickly recall the Iraqi Army, which had dispersed in the face of the American-led onslaught, to help rebuild and secure the country—an approach endorsed by Bush himself in a March 12 National Security Council meeting and energetically supported by David McKiernan, the three-star general who led the land war command that oversaw the invasion.

Soon after American forces reached Baghdad, there were intimations that the White House thought the hardest part of the mission had been accomplished. During the first weeks of the occupation, Richard Armitage, the powerfully built deputy secretary of state and confidant of Secretary of State Colin Powell, received a call on the Red Phone that connected him to the White House. Stephen Hadley, Bush's assiduous deputy national secu-

rity adviser who was known for always being prepared for anything the president might ask of him, wanted to know how the Pentagon had organized the victory parade for American forces following the 1991 Desert Storm campaign to evict Iraqi forces from Kuwait. Armitage discussed the call with Powell, who thought the question was odd and never got back to the White House.[16]

The civilians were not alone in thinking the main fight was over. On April 16, just a week after Baghdad fell, General Tommy Franks, the CENTCOM commander, told his subordinates that some form of Iraqi government would be functioning in thirty to sixty days. Franks's position was evident a few days later when General Richard Myers, the chairman of the Joint Chiefs of Staff, called Franks at his forward headquarters in Qatar, to let him know that he might need to defer his retirement from the military while the Pentagon sorted out some important personnel decisions, including who would serve as the next head of the Army and who would look after Iraq. "More than out of the question," Franks shouted, according to notes of the conversation taken by a military aide. "Not going home? Buttfuck me." It was not necessary, Franks added, to have the CENTCOM chief "doing three-star work." As far as Franks was concerned, the heavy lifting had been done. When it came to finding a new Army chief of staff, Franks said that the only way he would consider such a post was if Rumsfeld promoted him to five stars and made him General of the Army, a rank that had not existed since Omar Bradley. Myers rode out the outburst—he would later observe that Franks had "taken his pack off"—and by early July, John Abizaid had taken the reins from Franks at CENTCOM.[17]

It had always been envisaged that a former governor or ambassador would assume the lead role for the American mission in Iraq after Garner's ORHA had several months to address the country's humanitarian problems. But Iraq's infrastructure was in shambles after years of mismanagement and United Nations sanctions. Much of the middle class was gone. With the looting of Baghdad's ministries and the collapse of the fragile electrical grid after the toppling of the regime, the once seemingly all-powerful state had, much as Zinni forecast, fallen apart like a cheap suit. Seeking to bring order to the chaos of the occupation, the Bush administration decided to expedite the transition. On April 30, just two weeks after he arrived in Baghdad, Garner learned that he and his team were to be supplanted. L. Paul "Jerry" Bremer III was to take over the civilian mission.

Bremer had an impressive set of Washington credentials. During the span of his State Department career, he had worked for Henry Kissinger, led the

department's counterterrorism bureau, and lately overseen a blue-ribbon commission on fighting terrorism. He was an amateur chef, a serious jogger, a faithful convert to Roman Catholicism, and looked a decade younger than his sixty-two years, but he had never served in the Middle East. For a White House wary of old Middle East hands—shades of Desert Crossing—who saw nothing but difficulties in carrying out Bush's project to bring democracy to Mesopotamia, that was not a minus. When Bremer was first interviewed by Bush for his Iraq post, he passed on a message from his wife, Francine, her favorite passage from the president's State of the Union address: "The liberty we prize is not America's gift to the world. It is God's gift to mankind."[18] Bush smiled and shook Bremer's hand, convinced that he had the right man.

In preparation for his post, Bremer pored over a RAND Corporation study of classic nation-building efforts, including those in Japan and Germany. The report had been given to him by his friend James Dobbins, a former State Department troubleshooter in Afghanistan, the Balkans, and other failed states. It encouraged Bremer's view that Iraq needed a dramatic reassertion of the American role and a substantial increase in American troops.[19] Before Bremer's selection was formally announced, Bush invited him to a one-on-one lunch at the White House. Bremer knew that Bush was a fitness buff, so, employing a sports metaphor, he told the president that Iraq was not going to be a hundred-yard sprint but a marathon, and alluded to the RAND report. Putting his trust in his newly appointed envoy, Bush told Bremer to take whatever time he needed. "We'll stay until the job is done," the president said, an assurance Bremer intended to take literally. As for more troops, the president was noncommittal but noted that his aides were soliciting troop contributions from allied nations.[20]

Khalilzad had planned to go to Baghdad with Bremer to introduce him to the Iraqi leaders with whom he had been meeting and to attend a conference he had already arranged for May 15 to form the new interim Iraqi government. But Bremer had no use for Khalilzad's conference or for Khalilzad himself. The intricate wheeling and dealing that Khalilzad had done in London, Kurdistan, Nasiriyah, and Baghdad to quickly stand up a new Iraqi authority was over. Bremer was not interested in presiding over the Iraqi equivalent of an Afghan Loya Jirga. Instead, like General MacArthur in Japan, Bremer would run Iraq as the head of an occupation authority while nurturing a Western-style government. So Bremer used his lunch with the president to stake out his position: the new Coalition Provisional Authority (CPA), as it was to be called, needed clean lines of authority with

a single master. Khalilzad was not needed. Less than an hour before the White House announcement of Bremer's appointment, Khalilzad learned to his amazement that he would not be joining Bremer in Baghdad.

At the State Department, Colin Powell was just as taken aback. Before Bremer was picked, Powell had met with him in his seventh-floor office at the State Department and come away with the impression that he merely intended to be a more dynamic and articulate steward of the American project than the rumpled Garner. There was nothing in Bremer's presentation that suggested to the secretary of state that he was planning a radical departure from Khalilzad's mission or was planning to make himself the de facto, if provisional, government of Iraq. Powell called Rice and told her it was a mistake to exclude Khalilzad, one of the few American officials who knew the Iraqi players. But Rice responded that Bremer had set this as a condition for taking the job.[21] This was more than a personnel matter. A new phase in Iraq's governance had begun: the pendulum had radically swung to "outside-in."

Few diplomats had been given an opportunity to shape history on so grand a scale. Bremer's office in the Republican Palace, his new headquarters, featured a carved wooden sign: "Success Has a Thousand Fathers." But the organizational chart of his CPA was steeply vertical. Stomping around Iraq in a business suit and hiking boots, he was consumed by a sense of mission. There was an enormous amount to do, and those who challenged first principles were either sidestepped or rebuffed.

In an effort to raze the old political structures and clear the ground for the new state he was determined to erect, Bremer issued a decree just ten days after arriving in Iraq that barred officials who served in the top four ranks of the Baath Party from serving in the new Iraqi government. To the consternation of Abizaid and American commanders in Iraq, he followed that up with an edict to formally disband the Iraqi military and methodically build a new and considerably smaller force from scratch. Only three divisions, or some forty thousand troops, were to be recruited and trained during the first two years of the occupation, and they were to focus only on defending the nation from external enemies, not on putting down troublemakers at home.

Operating on the assumption that he had Bush's full support for an "outside-in" approach, Bremer also elaborated a seven-step, 540-day strategy to organize the drafting of a new Iraqi constitution, conduct a referen-

CHAPTER 4

# *Vigilant Resolve*

The day after Negroponte's meeting at the White House, four armed contractors from the American company Blackwater drove into the Sunni city of Fallujah with an Iraqi military escort to pick up some kitchen equipment. Ambushed in broad daylight, they were abandoned by their Iraqi military escort and killed. Two of the bodies were hung, upside down, on a railroad bridge that spanned the Euphrates, a grisly warning of what would happen to any Americans who dared to venture into the city.

At Camp Blue Diamond in nearby Ramadi, the staff of the 1st Marine Division watched the grisly episode on a video feed from a small, remotely piloted drone. The division, led by Major General Jim Mattis, had just arrived in Anbar Province two weeks before. It was already too late to help the contractors, and the Marine commander decided that the best thing to do was to let the riot play out and go after the culprits later. It would be dangerous and counterproductive to react emotionally or with too much force.

The next day, Brigadier General John Kelly, the assistant commander of the Marine division, sent a memo to the division explaining the command's thinking. "We are convinced that this act was spontaneous mob action. Under the wrong circumstances this could have taken place in any city in Iraq. We must avoid the temptation to strike out in retribution," Kelly wrote. "Going overly kinetic at this juncture plays into the hands of the opposition in exactly the way they assume we will." The Marines' strategy was to work with the population as much as possible, and they had every intention of sticking to plan.[1]

Fallujah had been a problem since day one. The Euphrates valley running through Anbar, a province of 1.2 million Sunni Arabs, was scattered

with former military bases and the homes and retirement communities of officers loyal to the Baath Party. In late 2002, Saddam had relocated the headquarters of his intelligence service from Baghdad to Karma, to keep it out of the way of the looming American bombing campaign. With a porous border with Syria that was easily infiltrated by foreign fighters, it was a natural petri dish for the various strains that would become the Sunni insurgency to organize and regroup.

Despite its potential to serve as an escape valve for the remnants of Saddam's security forces, Anbar had been treated as a virtual afterthought. The American military juggernaut that bulled its way to Baghdad had barely touched Anbar. David McKiernan, the three-star general who led the land campaign, had planned to send the Army's 1st Cavalry Division to the area near Fallujah and Ramadi, the provincial capital, so it could control the western approach to Baghdad and provide additional combat power for what was expected to be a tough fight to seize the capital. But when the battle for Baghdad turned out to be easier than expected, Rumsfeld pressed Tommy Franks to "off-ramp" the division, to McKiernan's disappointment. The result was that only a thin American presence had been allocated to control Anbar following the fall of Baghdad. It was not for nothing that when it was time to flee the city Saddam Hussein and his sons Uday and Qusay had headed west, first to Ramadi and then to the palm groves outside Hit, where they split up, the better to elude coalition forces.[2]

The speed with which Army units had rotated through Fallujah and Ramadi had also made it all the more difficult for the military to forge ties with the locals. The Anbar occupation had started out on a sour footing in April 2003 when soldiers from a battalion of the 82nd Airborne Division, who had made camp in a schoolhouse inside Fallujah, killed seventeen Iraqis and wounded more than seventy after coming under fire from some militants in the crowd. After the soldiers from the 82nd left in May, the 3rd Armored Cavalry Regiment worked briefly in Fallujah until Colonel David Perkins's 2nd brigade from the 3rd Infantry Division, which had carried out the famous "Thunder Run" through Baghdad on April 5, 2003, arrived.[3]

By the end of the summer, it was time for the 3rd Infantry Division to leave Iraq and plans were made for another 82nd unit to come back again. The Iraqis' experience with the 82nd had been so fraught that Buford Blount, the 3rd ID commander, offered to extend his unit's tour of duty in Fallujah so that paratroopers wearing the 82nd patch would not need to come back. But Rick Sanchez, who was determined to make the troop

rotations work according to schedule, turned down the recommendation.
By fall, Anbar was the domain of Major Charles Swannack, the 82nd Air-
borne commander, who oversaw a hodgepodge of units: one of his brigades
was in Fallujah, a brigade from the 1st Infantry Division was stationed in
Ramadi, and the 3rd ACR was responsible for the far west.

Under Swannack, the city grew into even more of a hotspot. On Novem-
ber 2, insurgents downed a CH-47 Chinook south of the city with a
shoulder-fired missile, the first of several helicopter shoot-downs that would
occur in the area over the fall and winter. In response, Sanchez ordered the
82nd to plan for a four-battalion assault on the city, but Abizaid and the
battalion commander in Fallujah objected and the attack never went for-
ward. Abizaid visited the city in the fall to remonstrate with tribal leaders
and see why violence was escalating.[4] The helicopter downings continued,
though, in Sunni cities elsewhere in Iraq like Tikrit and others closer to
Fallujah. During the first two weeks of January 2004 alone, three Army
helicopters—an OH-58 Kiowa, an AH-64 Apache, and a UH-60 Black
Hawk medevac aircraft—were brought down by insurgent fire near Fal-
lujah. On February 14, insurgents in Iraqi National Guard uniforms staged
a mass prison break from the city police station.

When the Marines took over from the 82nd, Jim Mattis—who had led
the 1st Marine Division during the invasion a year before and went by the
call sign "Chaos"—knew that Anbar would not be easy. In a message to
his division before it deployed, he stressed the stakes of the campaign the
unit was heading back to. "We are going back into the brawl," he wrote.
"This is our test—our Guadalcanal, our Chosin Reservoir, our Hue City."

Even so, Mattis and his superior, Lieutenant General James Conway,
the Marine commander who would oversee all forces in the province, were
convinced they could manage the area better than the Army by being more
discriminate about the use of force and building relationships with local
residents. To reduce the risk of collateral damage, the military's anodyne
term for the inadvertent killing of civilians, the Marines vowed not to fire
artillery based on nothing more than radar projections of enemy mortar
positions, drop bombs with abandon, or rely heavily on their M-1 tanks.
To show respect, they would take off their sunglasses and look the Iraqis
in the eye when speaking to them. When it came to military operations,
the Iraqi police and military—the Marines hoped to create an Iraqi marine
battalion or brigade—would be the first line of defense, backed up by a
Marine quick reaction force. The measure of success would be the number
of tips about insurgent hideouts by an indulgent, if not grateful, popula-

tion, not the number of enemy killed or captured. Inside the velvet glove would be a mailed fist, but the Marines would first seek to restore a degree of civility. The Marines would take things slowly, build civil capacity and the Iraqi security forces—all while pursuing any insurgents who took up arms—without alienating the population. "The enemy will try to manipulate you into hating all Iraqis," Mattis advised his Marines. "Do not allow the enemy that victory."[5]

Taking control of Anbar in the last week of March 2004, the Marines had just enough forces to cover the province and an adjoining area south of Baghdad with no battalions as a reserve. The Marines' Regimental Combat Team 1 took over the east of the province, including Fallujah, Regimental Combat Team 7 took over the west, and an Army brigade, with Marine attachments, stayed in Ramadi. That same week, Fallujah began to present itself as the Marines' most difficult problem. On March 25, three days before RCT-1 formally took the reins in Fallujah, a special operations patrol was ambushed in the city, wounding two commandos. The very next day, the Marine battalion that had encamped itself just east of Fallujah sent two companies into the northern part of the city to feel out the situation, got into a gunfight, and pulled back at the request of the Fallujah city council.

Ominously, the insurgent threat was made up of more than resentful Baathists. By March 2004, Stan McChrystal's task force of elite JSOC commandos was venturing frequently into Fallujah and Ramadi in pursuit of suspected leaders of Tawhid wal-Jihad, the radical Sunni terrorist group led by Abu Musab al-Zarqawi that was seeking to establish itself as Iraq's affiliate of Al-Qaeda. Both volunteers from neighboring Arab countries and larger numbers of religiously conservative Anbaris were joining the group in Fallujah and Ramadi. "In 2004 Al-Qaeda began to appear," an Anbari sheikh later told a Marine historian. "We warned General Swannack at the time."[6]

Even with the killings of the Blackwater contractors, Mattis's plan did not require rushing into anything. But that approach did not stand for long. Rumsfeld, then traveling in Europe, Abizaid at CENTCOM, and Bremer in Baghdad all agreed that what was needed was quick and decisive military action. On April 3, Sanchez's command sent Conway a written order directing him to take away the insurgents' sanctuary in Fallujah and apprehend the men who killed the contractors. Wearing a pistol on his hip,

Brigadier General Mark Kimmitt, the command's spokesman, vowed there would be an overwhelming response to "pacify that city." Though Marine commanders believed the timing was wrong and the mission ill advised, orders were orders. They dubbed the operation "Vigilant Resolve."

The Marine forces already in the vicinity of Fallujah—two infantry battalions and a reconnaissance battalion—cordoned off as much of the city as they could on April 5 while Navy engineers constructed a berm to limit access to the south side of town. That first day, one infantry company found itself in a heavy gunfight in Jolan, a neighborhood in Fallujah's northwest corner whose narrow, curving streets were difficult for Humvees to traverse. On day two, a third Marine infantry battalion arrived, pulled from duty south of Baghdad, and for two days the three battalions pushed slowly into the edges of the city—one from the east, one blocking the south. On the fourth day, one more battalion joined the fight after making the long move from western Anbar.

Thanks to Bremer's decision to dismantle the Iraqi military, few Iraqi units were available to join the Marines. Two battalions of the Iraqi Civil Defense Corps, a regional militia that CENTCOM had promoted as a stop-gap until a new army was raised, were ordered to help secure the periphery of Fallujah, but only one actually showed up. The Marines' experience with the Iraqi Army was even worse. Only a handful of Iraqi Army battalions existed. One, which was training at Taji north of Baghdad, was tapped for Fallujah. It was a delicate mission, which Major General Paul Eaton, who was in charge of training the Iraqi military, sought to smooth over. Eaton assured the Sunni commander that his soldiers would not be roaming Fallujah's mean streets with the Marines or engaging in house-to-house fighting. Their job was to maintain a few checkpoints outside the city and patrol some of the major supply lines. Still, it was not an easy sell. In building a new Iraqi military, Eaton recalled, Iraqi recruits had been told that their role would be to protect the nation against external threats. Nothing had been said to the recruits about pursuing enemies, the vast majority of them Iraqi insurgents, inside Iraq. Officially, the battalion numbered about seven hundred, but in practice there were no more than 450 due to desertions and leaves.

Heading out for their first combat test, the Iraqi soldiers loaded up in a convoy of trucks and began the long drive to Anbar only to run into angry crowds and a few sniper rounds, which wounded one of their American military advisers. That was enough to create mayhem with the battalion and the convoy turned back. Hoping to sidestep the problem, U.S. Army officers arranged for the Iraqis to be flown by helicopter to Anbar. But

the Iraqi soldiers had never trained with helicopters and were anxious about what might be in store for them: more than seventy of the Iraqi soldiers refused to budge and the battalion's mission had to be scrubbed. Eaton took full responsibility for the setback, which said as much about the Americans' efforts to build a new Iraqi military after the old one had been dismissed as it did about the soldiers themselves. For his part, Mattis was bitter about the Iraqis' reluctance to join the fight. The Iraqi security forces, he told his Marines in frustration, were "little more than a jobs program."[7] Now that the Marines were asking the Iraqi troops to stand up beside them, "it would seem many are either voting with their feet—or their allegiance."

One Iraqi unit pushed alongside them into Jolan, though, and performed well for the first few days of the fight: the 36th Commando Battalion, the unit tapped for Operation Stuart. Formed from recruits from the five major political parties in post-Saddam Iraq, including an ample number of Kurdish Peshmerga, the unit had been trained in less than a month by American Special Forces advisers, seventeen of whom accompanied the commandos to Fallujah.

As the four Marine battalions pressed the attack, echelons far above them began to have second thoughts. From afar, and filtered through the lens of Al-Jazeera, the battle did not look like it was nearing success, as Mattis and his regimental commander in Fallujah believed despite the problems with Iraqi troops. Reports—some of them put out by doctors who were pressed into service as medics to the insurgency—were circulating that hundreds of civilians had been killed in indiscriminate attacks, forcing Fallujans to turn two soccer fields into makeshift cemeteries. The leading Sunni member of the Governing Council, Adnan Pachachi, denounced the operation as a wanton form of collective punishment.[8]

Brahimi was also concerned and made his unhappiness known, even threatening to resign: the Americans had brought in the U.N. to find a way out of the political logjam only to find itself in the middle of a swirling dispute over an escalating battle that was being chronicled exhaustively and often one-sidedly in the Arab media. For the first time, the initiative to bring in the United Nations and the mission to pursue insurgents had collided. Nor were some of the White House's allies pleased: the British let Bremer's occupation authority and Sanchez's command know that what was happening in Fallujah did not look like any kind of counterinsurgency with which they wanted to be associated.

As the political squabbling escalated, Abizaid, Bremer, and Sanchez met in Baghdad and agreed that the advance into Fallujah had to stop. The final

call, Bremer recalled, was made by Bush after Bremer advised him that con-
tinuing the fight might lead to the fracturing of the Governing Council, the
failure of Brahimi's mission, and, ultimately, a delay in the projected June
date for transferring sovereignty.

On April 9, Abizaid flew to the Marine base outside Fallujah and, over
Conway's objections, ordered a halt to the attack. But though the Marines
on Fallujah's edges could no longer advance, they had not been called
entirely off, either. They settled in for a siege until an order came to resume
the advance—a call that Conway and Mattis expected would eventually
come after the Bush administration soothed the concerns of the Governing
Council.

Figuring that he was dealing with a pause, Mattis sought to beef up
his forces near the embattled city. The rural areas around Fallujah had
become insurgent staging areas, and on April 6 violence had also exploded
in Ramadi. After submitting a request for more forces, which took months
to trickle in, the Marine commanders stripped western Anbar of troops
and sent them toward Fallujah, a move that left the west secured by no
more than two infantry battalions and a task force scrounged up from
an amalgam of small support units: a riverine boat company, engineers,
Reservists, and Azerbaijani troops. The Marines continued to lose men in
skirmishing on the edges of Fallujah, and three special operations troops
were wounded mid-month when an RPG downed their MH-53 Pave Low
helicopter outside the city. But the insurgents were taking losses, too, and
the Marines were convinced they had the upper hand. "As late as the 25th,
we thought we were going to reattack the city," Conway said.[9]

In Washington, the episode had come as a shock. One week into the
fight, Hadley convened a restricted session of the Deputies Committee and
talked about his disappointment with the Iraqi forces and the generals who
had been reporting their progress. "It's been a rough seven days," Hadley
said, according to notes of the meeting.

The poor performance of the Iraqis had "changed our assessment of the
ISF [Iraqi security forces]," Hadley confessed. CENTCOM and CJTF-7, he
complained, had been passing "overly optimistic reports" about the train-
ing and equipping of the Iraqi forces. Something needed to be done. The
administration needed to consider stepping up its funding of the program
to train and equip the Iraqis. Hadley also wanted an assessment of the reli-
ability of the Iraqi forces and a plan on how they could be improved. "A
rejuvenation entails more information on what we will do with spending
and training," Hadley noted. "What does the Secretary of Defense want to

do, and what has the relevant violence done to cripple the ISF and cause the loss of weapons?"

Shifting to the foreign fighters that had crossed the porous Syria-Iraq border to fortify the insurgency in Anbar, Hadley noted that the Bush administration would make a quiet diplomatic push to reach out to Bashar al-Assad, the Syrian leader, and persuade him to clamp down on the militants. Rich Armitage, the deputy secretary of state, would be visiting Damascus and bringing a demarche from Secretary of State Powell. A separate demarche was being sent by the Central Intelligence director, George Tenet, through intelligence channels. Hadley instructed the State Department to devise economic sanctions that could be imposed if the Syrians refused to cooperate. It was the beginning of years of fruitless efforts to enlist Syria's cooperation.[10]

Once it became apparent that the pause in offensive operations was indefinite, the Marines went to their Plan B. Negotiations in the middle of the month among Governing Council, CPA, and Marine representatives had not been promising; when the Marines agreed to establish locations for Fallujah residents to turn in heavy weapons ahead of a possible cease-fire, no weapons materialized. Conway had already been discussing another solution with General Muhammad Abdullah al-Shawani, a Sunni hero of the Iran-Iraq War who had been installed as the head of Iraq's newly formed intelligence service with the CIA's blessing and support. If the Iraqis on the Governing Council could not abide a Marine solution, then perhaps the Marines could pull back entirely and put together an Iraqi unit of some kind to take care of Fallujah. Shawani liked the idea and said that he would find some Iraqi generals in the area, officers who had been shunned since the disbandment of the Iraqi Army the previous year. In a meeting at the Presidential Palace in the Green Zone, Bremer and Sanchez discussed the idea of a "Fallujah Brigade" with Mowaffak al-Rubaie, a prominent member on the Governing Council, and other Iraqi officials. As Rubaie remembered it, he was opposed to the idea, warning Bremer and Sanchez that arming the unit in Fallujah would work out just as well as arming the mujahideen in Afghanistan had, a comparison that infuriated Bremer.

On April 25, Conway and Mattis met with the retired generals and discussed forming the Fallujah Brigade, a motley collection of former soldiers that included more than twenty out-of-work generals. Abizaid and Sanchez gave the Marines the go-ahead to proceed with the idea. Despite the objections, the Fallujah Brigade began to assemble outside the city on April 28. Two days later, as the Marine battalions inside Fallujah retreated from

their battle positions, the Fallujah Brigade's commander and five hundred of his men met with Conway at the cloverleaf just east of the city, and soon after they began to move in. The battle later known as First Fallujah was over. It had cost twenty-seven American lives and ninety more wounded. Two Recon Marines and two Delta Force soldiers would be awarded the nation's second-highest valor medal for their actions in the battle. All this had resulted in a solution that inspired little confidence: the deployment of a largely unvetted brigade of Sunni military veterans that melted away within weeks.

While the Fallujah fight was under way, a smaller but equally fierce battle had been unfolding just up the Euphrates in Ramadi, Anbar's capital. Lieutenant Colonel Paul Kennedy's battalion, 2/4 Marines, which had missed the invasion the previous spring, had set up shop there alongside an Army mechanized battalion that had been there since the summer.

On the morning of April 6 a platoon from the battalion's Golf Company was moving west through Ramadi's downtown Government Center when it was ambushed. As the platoon waited for relief, a Marine who had already been wounded was shot in the head and killed. Outside the city, a team of four snipers could hear the gunfire a few miles away when they, too, came under heavy attack. A lieutenant from Echo Company piled a squad into a Humvee and came to the team's aid but, as they fought off the attackers, two Marines were shot and killed. Later in the day, another relief column from Echo Company was ambushed. The fighting lasted until a nearby Army mechanized battalion massed its forces and swept into the city on a wide front. In all, thirteen Marines had been killed and twenty-five wounded: excepting helicopter crashes, the one-day toll remains among the highest for any firefight in the Iraq and Afghanistan wars.

The next morning it started up again, and by April 10 the battalion had lost another four Marines and, along with the Army unit, had killed an estimated 250 insurgents. "Within the blink of an eye, the situation went from relatively calm to a raging storm," Kennedy, the battalion commander, wrote to his Marines' families. "Where did this organization come from?" Echo Company's commander, Captain Kelly Royer, asked. "Were they always here? Did they come from outside Ramadi?"[11] Mattis, whose division headquarters was just across the Euphrates from Ramadi's densely packed streets, was surprised at the ferocity of the fighting, too. "I thought I had a pretty good idea what was in Ramadi," he recalled, until Kennedy's unit "kicked over a real hornet's nest."[12]

Largely out of the media's glare, the battalion's fight in Ramadi continued into the summer; eventually the battalion would lose thirty men, including a team of scouts and snipers that was overrun by insurgents in June. When the battalion did not have enough troops to man all the guard posts at their positions—which was often, especially until additional Army troops arrived in Ramadi from Korea in July—the Marines put uniforms on cardboard cutouts.[13] It was a desperate measure to cope with a chronic insufficiency of forces. Finally, the fierce fighting devolved into something of a stalemate. Kennedy agreed to requests from local leaders to keep his troops out of their neighborhoods so as not to inflame violence, and the battalion mostly confined itself to trying to keep the main road through Ramadi, Route Michigan, clear of IEDs as insurgents became more and more entrenched in the city.

In the far west portion of Anbar, the fight was escalating, too. The insurgents' grip on the area was so firm that they had begun to enforce their own curfews in the border town of Husaybah to set up their attacks before the Americans' curfews took hold, according to intelligence reports trickling back to Sanchez's command. They also penetrated the local security forces. A classified Marine history of the Anbar insurgency noted matter-of-factly that the Marines "clashed with the entire pro-insurgent Husaybah police department."[14]

Led by Lieutenant Colonel Matt Lopez, 3/7 Marines was tasked with securing Qaim and several other towns on the Syrian border. On April 14, Lopez's convoy came under attack in Husaybah, and a bullet lanced through the colonel's Humvee, striking him in the back. Hearing that their commander had been wounded, a fourteen-man patrol from the battalion's Kilo Company jumped in their Humvees and raced toward the scene, where they began searching cars for weapons. As Kilo Company searched a white Toyota Land Cruiser, its driver assaulted Lance Corporal Jason Dunham, who wrestled the assailant to the ground. As a grenade rolled free from the enemy's hand, Dunham slammed his helmet over the device and rolled onto it to keep it in place.

Dunham was wounded badly, with shrapnel lodging in his brain. The assailant was hurt but tried to run away, only to be cut down by two dozen bullets. The insurgent and the Marine who had tackled him were evacuated together by Army helicopter. Between the April 14 incident and the fighting that continued for the rest of the spring, the battalion lost ten Marines killed and twenty-seven wounded. One of the dead was Dunham. He had survived treatment at Al-Asad Air Base, in Baghdad, and in Germany, and brain surgeries at Bethesda National Naval Medical Cen-

ter. But Dunham was never going to recover and soon after the Marine commandant pinned a Purple Heart on his pillow, doctors removed his ventilator at his parents' decision. Nearly three years later, in January 2007, President Bush presented Dunham's parents with the Medal of Honor—he was the first Marine to be given the award for actions since Vietnam.[15] The heroic episode was worthy of all the attention that was bestowed on it, but it distracted from an uncomfortable fact: much of Anbar was little more than what the military called an "economy of force" operation, a place where the armed forces had too few resources and had to do the best with what it had. The troops on the ground were paying the price, and the momentum that American forces had achieved with the fall of Baghdad had been lost.

At the White House, the hope was that the push toward sovereignty would soothe the Iraqis' grievances over the occupation and take the steam out of the insurgency. Politics, in effect, was to enable the military strategy. Abizaid had encouraged this thinking by suggesting that the United States was winning the race with Zarqawi and building up Iraq's security forces before Al-Qaeda could take them down or spark a civil war that would make Iraq unmanageable. But the developments in Anbar had raised questions on both counts. The talk of a June handover to an unelected Iraqi government appeared to have had no effect on the insurgents in Anbar, who were foes of all of the new authorities—American and Iraqi alike. In Fallujah and Ramadi, the insurgents and the military seemed to be settling in for a long and difficult fight.

The Fallujah battle in particular had been a textbook example of how not to go to war. There could not have been a greater misnomer than Vigilant Resolve. The Marines had been ordered to attack against their better judgment by superiors who failed to secure the necessary backing from the Governing Council or the U.N. and then stopped the attack in its tracks just as they were making progress. There had been a yawning disconnect between the battlefield and the Bush administration's political strategy. The White House had wanted to put the Sunni insurgents in their place without upsetting the timetable for conferring sovereignty, and the result was that the enemy was allowed to survive to fight another day. But the Marines had miscalculated, too. As much as the Marines had hoped to win over the population, the situation in Fallujah they had inherited had deteriorated so much, and the insurgents were so entrenched that a major fight seemed unavoidable. At best, the day of reckoning had been deferred.

As the battles of Fallujah and Ramadi raged in the west, Rick Sanchez's command had another rebellion on its hands in April, this one closer at hand and larger in scope: an uprising across Baghdad and southern Iraq by Muqtada al-Sadr's Mahdi Army. On March 28, three days before the Blackwater killings in Fallujah, Bremer had ordered *Al-Hawza,* a newspaper the Sadrist Trend put out, shuttered for inciting violence against allied troops. American military policemen padlocked the newspaper's offices. Sadr was furious. Ali Khedery, the young Iraqi-American CPA staffer, was sitting in his office in the Republican Palace when he got a call from Abd al-Karim al-Muhammadawi, a Governing Council member from Maysan Province who was nicknamed "Prince of the Marshes." Muhammadawi was sitting with Sadr in Kufa, a suburb of Najaf, and the two had just received the news about *Al-Hawza.*

"I'm going to make this very simple," Muhammadawi told Khedery after asking if he could relay a message to Bremer. "We have a message, and you need to listen to it carefully. Either the newspaper is reopened or there will be hell to pay." Khedery passed the message to the CPA chief. The Mahdi Army, Bremer responded derisively, was not an army at all but a militia. He would not reopen the newspaper.[16]

On April 2, Sadr's weekly Friday sermon was a bitter invective against the United States, denouncing the Americans and even praising the September 11 attacks. In his movement's main Baghdad stronghold, Sadr City, members of his Mahdi Army marched menacingly in the streets, dressed in their distinctive black uniforms and marching under green banners. At the CPA, the general counsel sent Bremer a legal opinion that the diatribe was a clear violation of the transitional law the Americans had established against incitement to violence and could, once again, subject Sadr to arrest. The next day, the American military arrested one of Sadr's top advisers and fellow targets of Operation Stuart, Mustafa al-Yaqubi, who had been accused of serving as an accomplice in the murder of Khoei. The Sadrist discontent that had been brewing since the previous summer exploded into violence—and into a second, southern front for the American military.

Like Anbar, Baghdad was in the throes of a major troop rotation when the rebellion struck. Marty Dempsey's 1st Armored Division troops were on their way home, with replacements from Major General Peter Chiarelli's 1st Cavalry Division beginning to take over their duties. Like the Marines, Chiarelli was determined that his division's year in Iraq would be

marked not by excessive force but by efforts to win over Baghdad's popula-
tion. Before deploying, he had arranged for his commanders and staff to
observe how the city of Austin, Texas, delivered electrical power and orga-
nized trash collection, and he had sent some officers to Britain, where they
huddled with the ostensible masters of counterinsurgency, and to Jordan to
learn about Arab customs and traditions.

On instructions from on high, Chiarelli had also left behind the majority
of his division's Abrams tanks and Bradleys, tracked armored vehicles with
a 25mm gun that could hold several "dismounts." Originally, he had been
directed to leave them all behind by superiors who appeared to believe that
the days of tanks rolling through Baghdad's streets were over. But after
considerable importuning, he had managed to bring fourteen tanks per
brigade, a single company's worth, and twice that many Bradleys. Even as
Chiarelli hoped to minimize the fighting, he was unhappy with the decision
to abandon his armor. There had been too many unforeseen twists and
turns. If tanks and Bradleys were not needed, Chiarelli would park them in
the motor pool, but he wanted to have them at hand.[17]

Like many other commands, the 1st Cavalry Division was forced to use
its tankers and field artillerymen as infantrymen. Indeed, the division used
its entire artillery section that way. To Chiarelli, it seemed unfair that only
infantrymen and Special Forces qualified for the Army's Combat Infantry-
man Badge when so many other troops were performing the same mis-
sions. So over the course of the deployment he would push the Army to
adopt a new variant of the award, the Combat Action Badge, for which
any soldier who took part in combat could qualify.

On Sunday, April 4, one of Chiarelli's battalions was in the process
of relieving an outgoing unit in Sadr City when one of its patrols was
ambushed in the late afternoon. In the seven-hour gun battle that followed,
seven soldiers from the incoming unit and one from the outgoing unit were
killed, and the newly arrived brigade commander, Colonel Robert Abrams,
saw just how weak the new Iraqi security forces at his disposal were. On
the first day of the fighting, 80 percent of one Iraqi National Guard bat-
talion deserted, as did 70 percent of another.[18] The next morning, Chiarelli
was touring the battlefield with Dempsey and Lieutenant Colonel Gary
Volesky, the Sadr City battalion commander, when a soldier asked him
why the division had left so much armor at home. It was the only ques-
tion Chiarelli was ever asked by a trooper that he was unable to answer.
Returning to his headquarters at Camp Victory near the airport, Chiarelli
began to lobby furiously for the rest of his tanks. With no time to send the
armor by ships the M1s had to be flown by "strategic airlift," C-17 Globe-

master transports, which were capable of hauling only one Abrams tank
per plane.[19]

The Sadr City uprising taught Chiarelli another equally important les-
son about the Sadrist enemy he was up against. During the first few days
of their revolt in Sadr City, the Mahdi Army took over all of the district's
power stations, and instead of rationing the electricity in accordance with
the CPA plan kept it going around the clock. The move would be unsus-
tainable in the long run since it would merely drain power from other parts
of the Iraqi electrical grid. But it sent a powerful, if misleading, message
to the impoverished Iraqis who lived in Sadr City: if Sadr was in charge
instead of the Americans or the Iraqis they had appointed, they would have
electricity all the time. It was a shrewd move by the Sadrists and a portent
of more to come.

In a pattern that would emerge over and over again in the years ahead,
when the Mahdi Army took to the streets in Sadr City, it also did so in cities
across southern Iraq, throwing the area into chaos. The spiraling violence
meant that Sanchez's command was fighting on multiple fronts. It also
exposed one of the command's conceits: its multinational character. In an
effort to foster the impression that the American intervention had interna-
tional backing and ease the strain on the American military, south-central
Iraq had been placed under a multinational force, whose members operated
under separate and often restrictive rules of engagement. The international
troops had been deployed in the south precisely because the American
command considered the region to be one of the most benign in Iraq. Most
had come to Iraq expecting to do little more than occupy checkpoints and
conduct patrols. But while the Bush administration had touted the "coali-
tion of the willing" it had assembled for the invasion of Iraq, much of that
coalition was not that willing or that able.

Across the south, allied forces came under attack, and each national
contingent responded differently. In and around Karbala, where two Pol-
ish battalions and a Bulgarian battalion were based, the Poles managed to
hang on to city hall, but other sites were quickly taken over by the militia.
In Kut, the Ukrainian commander kept most of his troops at their rural
base, leaving the British-led CPA team, two dozen Ukrainian soldiers, and
a handful of armed contractors to fend for themselves downtown, where
they quickly ran out of ammunition and then received orders from Bagh-
dad to withdraw. And the Italian governor of Nasiriyah, Barbara Contini,
made a deal with the Mahdi Army that her troops would stay on their base
across the river from the city, infuriating Bremer.[20]

In Najaf, the Shiite city of a half million that boasted the Imam Ali

Shrine, one of the two holiest sites in Shiite Islam, Mahdi Army fighters besieged the CPA compound. When the small contingent of military and Blackwater guards there took casualties and ran low on ammunition, it was a Blackwater Little Bird helicopter that arrived first to resupply them. Two CPA men, a retired Vietnam veteran named Jim Steele and a colonel named Jim Coffman on temporary duty from the Pentagon, pushed ammunition to the defenders on the roof of the compound before Special Forces and eventually Sanchez himself arrived to survey the situation.[21]

Robert Ford, the American diplomat who would later become renowned for his outspoken opposition to Bashar al-Assad's repression as the United States ambassador in Damascus, also had seen some of the problems with the coalition in Najaf in the months before the battle. A career diplomat, Ford had been serving in Bahrain when Powell sent out the call for all able-bodied Arabic-speaking foreign service officers to go to Iraq. Ford had been assigned to Najaf, where he served as the one-man branch office of Bremer's CPA.

At that time, U.S. Marines had handed over responsibility for securing Najaf, Karbala, and south-central Iraq to Spanish, Honduran, Salvadoran, and other multinational forces, which shared the zone with a small force of U.S. Army military police. In an effort to maintain a modicum of control, Ford had encouraged the Badr Corps, the armed wing of SCIRI, to keep its militia off the streets and arranged for the U.S. Army's military police to run the Najaf checkpoints, though they were careful to keep their distance from the Imam Ali Mosque in the old part of the city. His effort to deliver the message had been a memorable one as he and a Marine lieutenant colonel in civilian dress were briefly detained at gunpoint by Badr Corps militiamen while their interpreter was beaten, but the policy stuck. That is, until Spanish commanders gave the Badr fighters carte blanche to set up their own checkpoints. The Badr militia threw its weight around to the point that it and the Army MPs were almost at the point of firefights. With no reliable phone communications with Bremer's headquarters, Ford sent an urgent email message appealing for the CPA to countermand the decision.[22]

It had not been the only disconnect between the Americans and their Spanish-speaking allies. After the Iraqi Central Court issued a secret warrant for Sadr's arrest, Ford was shocked to learn that a Honduran checkpoint had stopped Sadr in October only to release him. The Hondurans explained that nobody had ever instructed them to apprehend Sadr or even to contact Bremer's man in Najaf if Sadr was found. The episode, never

publicly disclosed, was one of the major "what-ifs?" that haunted the war. From his Iranian exile and during his time in his hometown of Kufa, Sadr would continue to vex the coalition for years.[23]

At first, Bremer's authority sought to put the best face on the situation. After the CPA reported that its representative in Kut and other bases in the south were pulling back, Dick Jones, a top deputy to Bremer and a former ambassador, insisted in an April 6 teleconference with the White House that the coalition was gaining ground in restoring security. The Iraqis in the south were not rallying to Sadr, and the success of the American-led coalition in bringing Sadr's Mahdi Army to heel would have a salutary effect by encouraging other militias to put down their arms and join the CPA program to be integrated into the Iraqi security forces. As Jones gave his presentation, an aide on the NSC made a note to himself: "overly optimistic."[24]

Sanchez's command treated the events with less equanimity. Scrambling to respond, Sanchez froze the departure of the units Chiarelli was supposed to replace: Dempsey's 1st Armored Division and the 2nd Armored Cavalry Regiment, which was attached to Dempsey's unit. On April 9, Dempsey announced to his troops that they had been extended and began moving soldiers, tanks, Bradleys, helicopters, and other equipment back from Kuwait and in some cases even from Germany. The division became Sanchez's on-the-fly reserve, and pieces of it began to be parceled out across the south immediately.

Dempsey's division's first blow fell in Kut. The division's 2nd Brigade commander, Colonel Ralph Baker, led a reinforced battalion to the Ukrainian camp outside Kut on April 8 and, barely pausing to refuel, moved into the city from two directions. While Apache helicopters and an AC-130 gunship demolished the Sadrist political headquarters, Baker's troops retook the bridges and the CPA compound and occupied them until reinforcements from the 2nd Armored Cavalry Regiment arrived the next day, allowing the assault force to return to Baghdad and prepare for the next hotspot.

Things were not so easy in two other cities where the Mahdi Army had a firmer grip, Najaf and Karbala. Even getting forces to the outskirts of the cities where they could assess how to proceed was difficult. Central Iraq's highways were under siege by Sunni insurgents. Resupply convoys were coming under ferocious attack. On April 14, five bridges were destroyed

along Route Tampa, the main artery from south to north, leading the occupation authority to declare the highway off-limits to civilian traffic. In effect, Iraq's major roads had become another front. It was another sign that the resistance had the ability to coordinate, even, it seemed, across sectarian divisions: Sadr, according to an American intelligence report, dispatched weapons and supplies in mid-April to the Sunnis fighting in Fallujah, veiling it as "humanitarian assistance" for the trapped residents of the cities.[25]

To regain control of Najaf, American battalions and companies were pulled from Baqubah, Tuz, and Mosul and assembled into an ad hoc brigade, Task Force Duke. The unit lost its first soldier before it got to Najaf during the forty-hour, hundred-mile road march to get there. Once the task force got to Najaf it spread out around the outskirts of the city, but Sanchez balked at actually sending them in, fearful that doing so would only inflame the revolt further. For ten days, the unit contained the city before being pulled back and replaced by a smaller force around April 20.

In the meantime, the small CPA compound at the edge of the militia-controlled city remained under a kind of siege, outside the protective sphere of Task Force Duke, which had been ordered not to go that close to the city unless the post was on the brink of being overrun. Ron Neumann, an American diplomat who had been an infantry officer in Vietnam and who was working at the CPA, flew down to see if the precariously situated compound could be held a few days after it was first attacked. He went with the two men who had been tossing ammunition boxes from the Blackwater helicopter on day one, Steele and Coffman. "Everyone was holed up in the main CPA building because their trailers were getting riddled with shrapnel every night," recalled Neumann. "They would stay there every night, watch war movies, and then go up on the roof and have a gun battle."[26]

Unlike Najaf, U.S. troops did push into the cities of Karbala and Diwaniyah. In Karbala, Polish troops defended some government buildings, but the Mahdi Army controlled most of the inner Old City where they turned the Mukhayem Mosque into a headquarters and arms depot. The job of taking Karbala back fell to the 1st Armored Division's 1st Brigade, under Colonel Pete Mansoor. In the second week of May, Mansoor's main battalion, 1-37 Armor, joined the nascent Iraqi Counterterrorism Task Force and its Special Forces advisers in attacking the Mukhayem Mosque just outside the Old City, one of the few significant contributions that the Iraqi forces made to righting the situation.

Now all that was left was the Old City, where the militia was entrenched

everywhere except the Husayn and Abbas shrines, which guards loyal to the Badr Corps still held. The brigade rehearsed its final assault, but on the evening of May 20 word came that it, like the assault on Fallujah a month earlier, had been called off. The brigade managed to push the militia out anyway, though. The same night, Mansoor sent a tank company to run along the edges of the Old City, daring the militia to fire, from their headquarters next to the Husayn Shrine. The militia took the bait, firing an RPG at a passing tank, and an AC-130 demolished the headquarters. The Mahdi Army pulled out of the Old City, and two days later American troops moved in without resistance. It was another demonstration that even in an urban setting, tanks had their uses after all.

After several more weeks of fighting in the south and in Sadr City, the bloodied Mahdi Army would stand down on Sadr's orders. The cleric's June cease-fire was the first of many he would issue throughout the war in order to preserve the militia after it took heavy losses.

On May 5, after the dust had mostly settled in Anbar but with fighting still continuing in the south, Bush convened an NSC meeting to review the military situation in Iraq. John Abizaid, the CENTCOM commander, expressed confidence that the situation was getting under control.

"There is a better mood in the Sunni community," Abizaid said regarding Fallujah. Abizaid said that he had been in touch with the head of the Fallujah Brigade, and pressed him on the need to restore order. "We have been aggressive and on the 10th of May, the Marines are scheduled to conduct joint patrols."

Bush wanted to be sure the Iraqi forces did not sit on their checkpoints and were aggressive. "Are we dealing with the sitting duck syndrome?" the president asked. "We need offensive operations and publicity—these oil infrastructure attacks are not isolated."

"We are going to squeeze Sadr," Abizaid stated, promising that the Americans and the Iraqis would also be aggressive on their second front. The president seemed encouraged by the move but advised that the military needed to "anticipate another enemy surge."[27]

White House officially launched its Iraq review. The Bush administration had kept a stiff upper lip through the election, which many Republicans thought was a serious political miscalculation, but now that the vote was over and the Democrats had racked up some impressive gains, the reassessment of the strategy was no longer a secret.

In Baghdad, Khalilzad and Casey were convinced that they still had the answer. Hadley's memo had opened the door to sending more American troops, but Khalilzad had embraced an altogether different political strategy. In a confidential November 15 memo, Khalilzad reported that Maliki's primary interests were controlling Iraq's security forces and increasing their size. The ambassador did not perceive this development as a sign of creeping authoritarianism but as an encouraging indication that the Iraqi government wanted to be self-sufficient. Under the current plan, control of Iraq's security forces was to be transferred to the government in eighteen months. Khalilzad suggested that the goal be to make it happen by the end of 2007, and to shift American forces to an "overwatch" stance on the periphery of Iraq's major cities.

In return for giving Maliki what he wanted by way of control, Khalilzad wrote, the United States would obtain leverage to press for the long-deferred political reconciliation among Sunnis, Shiites, and Kurds. Beyond that, there were other steps Washington could take to encourage Maliki and his Shiite allies to reconcile with the Sunnis. The United States, Khalilzad wrote, should assure Maliki that if the Sunnis tried to mount a coup to unseat him American forces would intervene to "protect Iraq's democratic system." It could also commit to defending Iraq against external aggression, thus easing Maliki's worries about intervention, direct or indirect, by unfriendly Sunni Arab states.

Khalilzad had a reputation for being a freewheeling ambassador, prone to seize the moment: Maliki's very position atop the Iraqi government was proof of that. But now the ambassador stressed that he would need even more autonomy and authority. "I will need to have a broad mandate, requisite authorities and resources to incentivize the Iraqis to move in the right direction," he wrote. "We need to change their calculations, using reward and punishment, so that they feel compelled to come to terms with each other."

Khalilzad recalled that he later supported the surge, but in mid-November he did not argue that an infusion of additional troops was vital. "Sending

more US forces is not a long-term solution," the ambassador wrote. "Additional forces can impact the areas where they are deployed, though the violence can simply shift to another area. Iraqis securing Iraqis is the enduring solution. As we draw down, our forces should focus on specialized roles, such as striking Al Qaeda, disrupting external interference, and reinforcing and mentoring Iraqi forces."[9]

Khalilzad's military partner, George Casey, was of the same mind. Casey and the Joint Chiefs were aware that the White House was considering sending more troops and were notably unenthusiastic. In a November 22 videoconference with the chiefs, Casey argued that adding more American troops would have only a temporary and local effect. The administration, Casey argued, needed to consider whether the tactical gain was worth the risk of unhinging the progress that had been made in getting the Iraqis to assume more responsibility for security and governance. The longer the United States delayed transferring responsibility to the Iraqis, the less incentive the Iraqis would have to settle their own problems. Casey also believed that speeding up the transfer might be a lure to get the Maliki government to take some of the difficult steps the Americans were urging. Nor was it clear that Maliki, who was chafing to assert more control, would even accept the American reinforcements. "I don't think we need additional forces at this time," Casey said.

If the White House was determined to send additional troops, Casey suggested, they might be used to thicken U.S. positions along the periphery of Baghdad and not be thrust into the midst of the sectarian violence in the city. Another option would be to put the additional forces in Diyala or Anbar, along the border, or use them to guard infrastructure. One thing Casey was clearly not contemplating was a revamped counterinsurgency campaign. He advised that, if additional forces were sent, the United States should compel the Iraqi government to commit itself to expedited reconciliation as a precondition.

General Pete Schoomaker backed Casey. The Army chief of staff was less worried about Iraq than about the consequences of a surge: American inability to take on other crises if they arose. "We need to be concerned with the lack of capability to deal with anything else in the world right now," he said.

Pete Pace said that Casey had some good insights. To alter the situation in Iraq, Pace said, the surge would need to begin by the spring, but he worried that if he stressed this point too much the White House might assume that he was advocating the strategy. "I am not convinced we should do it at this time because of the back-end costs," he said.

Admiral Mike Mullen, the chief of naval operations, asked what the specific goals of the surge might be. "What is the end state we want by producing an extra five brigades?"

Vice Admiral Dave Nichols, the deputy commander of CENTCOM, chimed in in support of Casey. The big issue was reconciliation, but that was a chicken-or-egg scenario. A five-brigade surge might do more harm than good. Expanding the teams of advisers that accompanied Iraqi units might be a good idea. Nichols added that he did not think the United States would ever be able to fight the Mahdi Army. That would continue to be an Iraqi problem.

Schoomaker raised a question about the very nature of the mission in Iraq. Was it really clear that the United States and Iraq shared the same assumptions on how to proceed? "Maybe we won't agree on any objectives with the government of Iraq," Mullen added. "How can we make progress in Iraq if we can't change these assumptions?"

Casey said that perhaps the United States should develop some benchmarks for reconciliation. But the absence of progress on reconciliation, he said, would not by itself cause "strategic failure." The only way the strategy could utterly fail, Casey said, would be if the Iraqi Army collapsed after it took control.[10]

While Casey did not believe there was an immediate possibility of strategic failure, U.S. intelligence agencies were less forgiving. A classified CIA report in November interpreted the conditions in Iraq as a "civil war." The speedy withdrawal of American troops would end any hope of forming an inclusive government, let alone the democracy Bush had hoped to establish. It would also undermine the confidence of Saudi and other Arab states in Washington. Quoting a private conversation with the Saudi crown prince, the agency reported that he had observed that a quick American withdrawal would be tantamount to "following idiocy with crime."[11]

At the White House, there was a sense of urgency. President Bush wanted to announce a new phase of the Iraq strategy by January. He had arranged to meet Maliki in Amman, Jordan, on November 30 to discuss how to cope with the growing crisis. Hadley's memo had raised the question of whether Maliki was an adequate strategic partner, but Bush had made the call: The United States would give the Iraqi prime minister the benefit of the doubt. It would try to work with him and find ways to make him more effective.

Maliki had his own ideas of what he wanted from the Amman meet-

ing. In the weeks preceding the session, he and Mowaffak al-Rubaie developed a plan to move American forces to the periphery of Baghdad; Iraqis would be chiefly responsible for battling Al-Qaeda and Sunni insurgents. Additional Iraqi forces, including Kurdish units—some of the few brigades the Iraqi government could deploy without fear of widespread desertion— would be brought to Baghdad to help Iraqi forces already there restore order. The city would be divided into seven military districts, and command and control of the Baghdad region would no longer be solely an American prerogative but would be shared. The Iraqi Army would be expanded, and the police vetted. A high-level panel would consider arrangements under which the United States would protect the democratic system internally and safeguard Iraq from external enemies. Knowing the American penchant for PowerPoint, Rubaie had the plan turned into a series of slides, which he and the prime minister intended to present. Casey had been kept informed of the Iraqi plan, and had even given the Iraqis quiet assistance from the side.[12]

The flight to Amman was filled with drama. The Sadrists had threatened to bolt from the government if Maliki met with the Americans. Following through with the meeting would rip apart Maliki's governing coalition. But American support was far more important to the prime minister at this stage than the prospect of Sadrist defection. As Maliki headed to Jordan, the Sadrists pulled their ministers from his cabinet, but kept their mid-level officials in the Health and Transportation ministries, as well as at the Baghdad Airport. The Sadrist strategy was to undermine the Maliki government but maintain their influence within the state's governing structures.

The public relations crisis shadowed the meeting between Bush and Maliki. The morning before it took place, an account of Hadley's memo, including the full text of the document, with its unvarnished portrait of the prime minister, had been published in the *New York Times*.[13] As a rule, Maliki did not care one way or another what was written about him in the Western media. He was focused first and foremost on the Iraqi and Arab press. Still, Rubaie wanted to avoid any unnecessary unpleasantness and did not translate the article for the prime minister. When Maliki arrived in Amman the Iraqis canceled the state dinner that had been planned that night, a move that led American pundits to speculate that the prime minister was expressing his unhappiness over Hadley's memo and the fact that it had been leaked. The truth, however, was different: the cancellation of the state dinner was meant as a slight to the Jordanian hosts, who Maliki felt were being presumptuous and behaving too grandly for their own good by

hosting the dinner. Maliki had come to talk with Bush, not with the leader of a Sunni Arab state.[14]

The next day, Bush and Maliki met, along with their top aides. As the meeting got under way, Bush sought to defuse the controversy in the media over the disclosure of the Hadley memo. "Prime Minister, you will want to see Steve Hadley," Bush quipped. "He's the guy who wrote the memo." Maliki went up to Hadley, took his hand, and said that it had been a pleasure to meet him in Baghdad and he could come back any time. There were big issues to grapple with, and neither side was going to allow the memo to be a distraction. Once they got down to business, Maliki and Rubaie went through the plan to have Iraqi troops assume security in Baghdad. Bush turned to Casey and asked if he had been involved. "George, do you know anything about this?" the president asked. Casey acknowledged that he had had a role, but played it down.

Bush applauded Maliki's willingness to take the initiative. During a break, however, Bush asked Casey whether the Iraqis were prepared to handle Baghdad security all on their own. Casey reported that the handover to the Iraqis could be accelerated if militias were disbanded and there was progress toward political reconciliation. But Bush believed that the way the violence was raging, time was running out. Bush wanted results much faster. The president sought to prepare the ground for sending additional American troops. The United States could lend Iraq the forces until their own troops were better prepared. But neither Maliki nor Rubaie had given up on their vision. At the end of the session, Rubaie handed the Americans a copy of their plan and told them to keep it. "We trust you," he quipped. The Iraqis were also capable of joking about the Hadley memo.[15]

Even as Bush, the Joint Chiefs, and Casey were debating the way ahead, it was time for Chiarelli to hand over his responsibilities as multinational corps commander. It was a sour moment for Chiarelli. He was leaving Iraq in midstream and without accomplishing his mission; Baghdad was even worse off than when he arrived. He had been appalled by the sectarian violence, and Nycki Brooks's briefings had convinced him that there was a Shiite method to their apparent sectarian madness—a strategy at work to secure key terrain in Baghdad, the route to the Shiite power centers in Najaf and Karbala, and the roads through Diyala to Iran. Discouraged, Chiarelli thought the United States needed a plan to deal with the possibility that the Americans and the Iraqi government did not share the

ring to Ali Musa Daqduq, the Hezbollah commander captured with the Khazalis in Basra.[19]

As the summer ended, Petraeus received an unusual message from Shirwan Waeli, the head of the parallel intelligence agency that Maliki had empowered to rival the CIA-backed INIS. Ryan Crocker had recently held a series of inconclusive and contentious meetings in Baghdad with Iranian diplomats. According to a classified cable the ambassador sent to the NSC, Crocker had even raised the issue of limited Iranian support for Al-Qaeda, something some experts had initially dismissed but of which there was growing evidence.

Despite the talks, the supply of Iranian arms to the militias had increased: on July 31, an Apache was forced to make a "hard landing" near the eastern edge of Sadr City after it was struck by an Iranian Misagh-1 missile. Bush, for one, was not impressed with the results of the sessions. "We've got nothing from U.S.-Iran talks," he complained to the NSC. "Why continue the talks?" But Condoleezza Rice pushed back, saying that it would be prudent to "keep the option for meetings open."[20]

Waeli, however, had a different message: the Americans were not dealing with the real power in Iran. In an August 12 session, Waeli told Petraeus that he had met with Iranian president Mahmoud Ahmadinejad in Tehran, and that same day met in a hotel room with Qasim Suleimani, the Quds Force commander, who wanted Waeli to relay a message. It was similar to a message received by Khalilzad in January: Suleimani—and no other Iranian official—dictated Iran's actions in Iraq.

As Petraeus reported the meeting to Gates afterward in a classified letter, Suleimani also proposed making a deal for the release of Qais al-Khazali. If Qais was released there would be a "dramatic" decrease in Quds Force activity in Iraq. "You will see results in two months," Waeli said, according to a cable Crocker sent home, classified SECRET//NODIS.[21]

"I told Waeli to relay back to Soleimani that we believe that Iran has overreached and is on the brink of attracting international isolation," Petraeus noted in his classified letter to Gates:

I pointed out that the Russians are now unwilling to provide the nuclear fuel for Iran's reactor. I noted that I am not a policy maker; however, as the commander on the ground, I am starting to think that Iran is attacking Iraqi and coalition soldiers through proxies—the JAM they have

trained, funded, armed, and in some cases even directed. To provide a bit
more jolt, I said that I am considering telling the President that I believe
Iran is, in fact, waging war on the US in Iraq, with all of the US public
and governmental responses that could come from that revelation. We'll
watch for any "reflections" from this exchange. For what it's worth, I do
believe that Iran has gone beyond merely striving for influence in Iraq
and could be creating proxies to actively fight us, thinking that they can
keep us distracted while they try to build WMD and set up JAM to act
like Lebanese Hezbollah in Iraq.[22]

Even as the Sunni insurgency was being weakened, the Iranian-based
militias appeared to be getting more active. By late August, violence by
Sunni insurgents was on a downward slope, but violence by Shiite militias
was not. Fortunately, at the end of the month, a clash in Karbala under-
mined Sadr's credibility and compelled him to take extreme measures to
salvage what was left of his movement's unity.

The coalition presence in the cities of south-central Iraq was minimal.
Instead, security was largely in the hands of Iraqi security forces: the com-
petent 8th Iraqi Army Division, and police forces that often drew heavily
on members of Badr, the armed wing of the Islamic Supreme Council of
Iraq or ISCI, the newly rebranded name of SCIRI. Many police units were
essentially Badr militias in government-issued uniforms. There were signs
by early August that a conflict in southern Iraq between Sadrist militias
and Badr loyalists in the security forces was brewing, including the assas-
sination of two governors of southern provinces, both ISCI members: the
governor of Qadisiya, the province of which Diwaniyah was the capital, on
August 11 by an EFP, and the governor of Muthana on August 20.

The conflict between the Sadrists and ISCI came to a head in Karbala
on August 27. Mahdi Army fighters were escorting Shiite pilgrims into the
city to commemorate the birth of the Twelfth Imam when Badr-aligned
security forces confronted them and tried to prevent them from carry-
ing weapons into the shrines where the pilgrims were bound. That night
Mahdi Army fighters and government forces exchanged gunfire. The next
day, the situation worsened, with Mahdi militiamen firing on security
forces—sometimes with RPGs—from within crowds of pilgrims. More
than 50 people were killed and 280 injured. Maliki's reaction was to
impose a curfew in Karbala on August 29 and travel there personally
with reinforcements in a convoy of fifty-two vehicles, pistol in hand and
rifle strapped to his back, and arrest or relieve various security officials
in the city.

To limit the political damage, Sadr announced from his sanctuary in Iran

that he was declaring a six-month cease-fire. Not all of the militia factions heeded his call, but enough did that attacks by Shiite fighters dropped.

Reflecting Sadr's incomplete—and slipping—control over the Mahdi Army and its offshoots, the cease-fire or freeze was not uniformly observed. Groups like Asaib Ahl al-Haq and Kataib Hezbollah kept fighting, as did many rogue fighters in the mainstream militia. Nonetheless, the downturn in violence in Shiite areas was real. In July 2007 nearly one hundred EFPs went off or were discovered across Iraq, but September saw just half that number.

No matter its provenance, the cease-fire compounded the effects of the spreading Sunni Awakening groups and American offensives against Al-Qaeda and the Special Groups. Sadr's cease-fire and the accompanying reduction in attacks by Shiite fighters came on the heels of a two-month-long decrease in overall attacks in Iraq. At the beginning of September, as Petraeus prepared for his return to Washington to testify before Congress, violence remained very high, but it was dropping noticeably. Attack levels were now roughly what they had been in the immediate aftermath of the first bombing of the Askari Mosque in 2006.

Two weeks before his congressional testimony, the time had finally come for Petraeus to lay out to his chain of command his thinking on when and how to wind down the surge. On August 26, Fallon and Petraeus met in Baghdad; Fallon did not know exactly what Petraeus planned to recommend, but he guessed that he would not like it. Petraeus described his recommendation in general terms to Fallon—essentially, small withdrawals of the surge forces during the fall, but protracting the rest of the withdrawals into the summer of 2008, and holding off completely on planning for further troop cuts beyond fifteen brigades.

On August 27, Petraeus presented his overall Iraq strategy by videoconference to the Joint Chiefs. To make the case for the surge, and undermine the argument for reverting to some version of the transition strategy Casey had employed, Petraeus highlighted a document his staff had dug up: Casey and Khalilzad's campaign progress review from the previous December. "Many of the risks identified within the Campaign Plan have materialized," that document's first page read. "Many of the assumptions do not hold. We are failing to achieve objectives in the Economic Development, Governance, Communicating, and Security lines of operation within the planned timeframes." Driving the point home with PowerPoint slides, Petraeus not only quoted the assessment but showed Casey's and Khalilzad's signature blocks, lifted from the December document.[23]

It was an in-your-face approach: if the JCS did not like Petraeus's plan, the leading alternative had already been pronounced a failure by its authors. Casey, participating in the videoconference from a vacation and wearing civilian clothes, was both surprised and unamused. He asked for a copy of his own document to check that he had really offered such a gloomy assessment, and would later argue that Petraeus had taken his remarks out of context. The review, Casey insisted, had not concluded that his strategy would never work but had noted that it needed more time.

As the videoconference proceeded, Petraeus thanked the chiefs for their planning order with its three options, and simultaneously dismissed it by saying that it had "informed enormously" the actual recommendation he intended to present to Bush a few days later. What, the chiefs pressed, would that recommendation be? None of the three options from the planning order, Petraeus responded. The Iraq commander would not be playing Fallon and the chiefs' game.

Three days later, in the last videoconference before his congressional testimony, Petraeus briefed Bush on the latest statistics on the drop in violence and the details of his surge drawdown plan. As a sop to critics who were clamoring for a drawdown, he recommended removing the smallest of the surge units, the 13th MEU, in September, shortly after his and Crocker's testimony, then pulling out the first full combat brigade in December and spreading out the withdrawal of the remaining four brigades over the next six months, into the summer of 2008. If anything, Bush was more cautious than Petraeus about the pace of the drawdown. The president, who understood the internal politics in the Pentagon, asked if Petraeus was suggesting the troop withdrawals in response to pressure from the Joint Chiefs and stressed that he should be careful to make sure that he remained flexible.

"Is this your recommendation?" Bush asked. "Or is it tailored to what the chiefs want? It needs to be yours." The most important thing, Bush stressed, was to succeed and to stand by the Iraqis, and if the United States needed to keep the surge forces in Iraq longer, the president was willing to do that. "If we need twenty brigades for as long as we can do it that's what we'll do," Bush added. "You better retain flexibility in your recommendation."

After a long discussion with Petraeus, the president asked Fallon, who sat in on such sessions, for his views. "Sir, I'm not sure whether this would sell on the Hill," the admiral said. That, Bush replied, was not Fallon's concern. "Let me worry about the politics of this," Bush said. Fallon then launched an odd discussion in which he sought to compare the tangled situation in Iraq to a dogfight between two fighter planes. The admiral appeared to be trying to win Bush over by alluding to the president's days

as a pilot in the Texas Air National Guard. Fallon explained that when an F-16 pilot was being chased in a dogfight he had to take risks in order to shake the attacker.

"A bogey's on your tail, you try to outrun him, try to outmaneuver him, but he's still there," Fallon said, using aviator slang for an enemy aircraft. "What do you do?"

"I don't know," said Bush. "What do I do?"

"You take on some risk," the CENTCOM commander responded, "maybe slow up a bit; get that bogey in front." Moving his hands to simulate the dogfight, Fallon pushed his left hand forward: "Boom!"

Fallon was making the same argument that Casey had used, and that had failed to persuade Bush before the surge: the United States needed to draw down its forces to induce the Iraqis to step up. Years later, Fallon still held to that view. "The war was effectively over by September 2007," he insisted. "Done." With the enemy routed, Fallon argued, he was concerned about the strain on the American military, among other factors. Bush, for his part, did not buy Fallon's argument. The surge was just beginning to gain traction, and Bush was hardly persuaded that this was the time to end it.

"I'm not sure we're ready to take on more risk in Iraq," the president said. "It's still pretty early in this new plan, and I like the new plan."

Cheney was even more dismissive. "It's hard to get my head around the notion that drawing down somehow helps the Iraqis step up," the vice president said. "That's the opposite thinking behind the surge." The United States had tried that in 2006, he added, and Iraq had come "unglued."

The following weekend, on September 3, Air Force One flew into Al-Asad Air Base for a surprise visit by Bush to the province where the Awakening movement had begun. The Marine generals in charge of Anbar flew key sheikhs from across the province into Al-Asad to introduce them to the president, including both Abd al-Sattar from Ramadi and Khamis al-Issawi from Fallujah. Brigadier General John Allen, in charge of seating arrangements for Bush's session with the sheikhs and other Anbari officials, placed the sheikhs according to lineal hierarchy. Then Mamun Sami Rashid, the provincial governor whom Abd al-Sattar had on various occasions threatened to oust or kill, changed the order, putting Abd al-Sattar in the seat of honor, next to Bush. "What he has done for us, he deserves to sit here," Abd al-Sattar's sometime opponent explained to Allen.[24]

While Abd al-Sattar sat at Bush's side, across the table from the presi-

dent were Iraq's most senior officials, including Maliki, Talabani, Hashimi, and Barham Salih. With a lamentable lack of foresight, Maliki, just back from eye surgery in Iran, had been placed in a Black Hawk helicopter's "hurricane seat" for the long trip from the Green Zone to Al-Asad. Getting off the helicopter at the airport, Maliki was furious, and understandably concerned about his freshly operated-upon eye. "You're insulting me on purpose," he accused. "This is meant to soften me up before I meet the president."

At times, as the Iraqis laid out their grievances against one another to Bush, the meeting became uncomfortable. When Mamun complained that Maliki's central government was not supporting Anbar, Bush quipped that when he had been governor of Texas, the federal government had not given him much in the way of support either. But when it was Abd al-Sattar's turn to talk, his message could not have been more welcome to a president who had little support at home for his decision to spend 2007 recommitting to Iraq instead of pulling out. The American troops who had died in the war—more than 3,700 of them so far—had not done so in vain, the sheikh told the president; he and the Sunni population he represented would always remember the sacrifice American families had made in sending their sons and daughters to Iraq. In a bit of hyperbole to which he was prone but which helped make him so charismatic, Abd al-Sattar even told Bush that when the war in Iraq was won, his Awakening fighters would be standing by, ready to help America defeat Al-Qaeda terrorists in Afghanistan. The president wrote that down in his notebook.[25]

Ten days later, on September 13—a year almost to the day after the announcement of the Anbar Emergency Council in Ramadi's most hellishly violent period—a bomb planted by the gate of Abd al-Sattar's compound killed him and three of his guards. Although the Marines at first suspected a rival Awakening sheikh who had publicly threatened to strangle Abd al-Sattar, Al-Qaeda claimed responsibility. Intelligence suggested that the terrorist group had had help on the inside of the compound. Fifteen hundred mourners attended the funeral, including Odierno, the defense and interior ministers, and Rubaie. In just over a year, Abd al-Sattar had gone from a mid-level sheikh viewed suspiciously for his insurgent and smuggling ties to a national martyr. In the meantime, the Sunni Awakening that he had helped spark had changed the course of the war.

CHAPTER 26

# *March Madness*

The worst of the fighting in Basra was behind him when Maliki returned to Baghdad on April 1. But the prime minister was not coming home to a peaceful capital. As in every previous Sadrist uprising, when one city in the south flared into violence, so did the other southern cities and so did Baghdad's Sadr City and Shula districts.[1]

Even before the prime minister's impulsive lunge to Basra there were mounting signs that the Maliki government was headed for conflict with the Mahdi Army and its offshoots, the very Sadrist groups it had often tried to shield from the U.S. military in the past. As the end of Sadr's six-month cease-fire neared, during the January Ashura holiday, Mowaffak al-Rubaie had a frightening run-in with the militants at a mosque in Shula. Surrounded by gunmen and hunkered down inside the mosque, Rubaie was informed that his bodyguards had been disarmed and that the tires on his vehicles had been shot out. After he made a few frantic calls for help, an envoy from the attackers entered the mosque and handed him a cell phone. On the other end was someone purporting to be Muqtada al-Sadr with an offer of safe passage. Concluding that the call was a ruse, Rubaie believed that he was being targeted by either Asaib Ahl al-Haq or Kataib Hezbollah, which were trying to take him hostage or worse.

The national security adviser prepared himself to be kidnapped or martyred until Maliki's own security detail raced to the scene along with Jawad al-Bolani, the minister of interior, and Sami al-Askari, one of the prime minister's close aides. Arriving outside the mosque, the convoy of armored SUVs found that the police were waiting blocks away. There were no Iraqi Army troops in sight, and teenagers were throwing rocks at the mosque while plainclothes militiamen walked around its perimeter. The security

detail hustled Rubaie into one of the SUVs and drove him away. After-ward, an enraged Rubaie told Petraeus that he was "ready to declare war" on the Iranian-backed Special Groups.[2]

The quiet hunt for Special Groups leaders by Task Force 17 contin-ued to amass evidence of Iran's covert aid to Sadrist militants in spite of the cease-fire. Now run by the storied 75th Ranger Regiment, the JSOC task force had been hampered all fall by Maliki's restrictions on Sadr City operations, but by early February its commandos were back in business. In the meantime they had continued their raids elsewhere. One strike force captured a father-and-son pair of militia operatives, one of whom had on him a flash drive that contained more than four thousand Quds Force intel-ligence reports from Iraq, including documents that detailed surveillance efforts against American bases in Baghdad and elsewhere, flight schedules in and out of Balad Air Base, and other documentation of Quds Force activities in Iraq between 2005 and late 2007.[3] It seemed that within the Mahdi Army, some factions, like those in league with Asaib Ahl al-Haq and with the Sadr City warlord Abu Dura, were getting ready for another round of fighting, whether Sadr renewed his cease-fire at the end of six months or not.

In an effort to persuade the Special Groups to toe the line after a spate of EFP attacks, Petraeus passed messages through third parties to Sadrist leaders that unless the militias were more restrained than they had been in January, American conventional troops would resume offensive opera-tions in militia areas like Shula, West Rashid, and even Sadr City. "If recent spate of attacks on CF continues, result will be M-1s rolling through Shia neighborhoods," Petraeus said, according to notes of a February 1 meet-ing.[4] The next day Petraeus advised his aides to tell the Sadrist official Salah al-Obeidi that if the Mahdi Army did not get the Special Groups in West Baghdad under control, he would "declare war" on the militia. "In the past couple of days, we have sent strong messages to our Shi'a contacts that we are about to place our full kinetic attention on the JAM/Special Group threat if it continues," the general wrote to Gates afterward.[5]

From the Iranian city of Qom, Sadr responded on February 4 by reiter-ating his August cease-fire, and later in the month by announcing via sealed letters to his subordinate clerics that when the six months of the truce had passed, he would extend it for another six months. Then in early March he puzzled the American military by announcing that he would be staying in Iran for the foreseeable future, prioritizing his religious studies over the day-to-day management of the Sadrist movement in Iraq. Baha al-Araji

explained Sadr's highly ambitious course of study in a meeting with Ameri-
can diplomats. The thirty-four-year-old cleric would become an ayatollah
in two years, Araji generously predicted, because he was studying sixteen
hours a day in Qom, and his father had also completed the necessary stud-
ies in less than the usual time.[6] "At this point, the Sadr movement appears
divided, uncertain, and defensive," Petraeus wrote to Gates.[7] February EFP
attacks were fewer again, suggesting that Petraeus's threats worked. The
pilgrimage during Arbaeen, a major Shiite holiday, was the most peaceful
since 2004, and February wound up being the fifth straight month in which
the number of attacks across Iraq stayed at levels last seen in the summer
of 2005.

Maliki's decision to confront the Shiite militias in Basra and other south-
ern cities and—if H.R. McMaster's theory was right—preempt their offen-
sive against the Green Zone, however, dramatically raised the stakes for
the militias. In late March, the militias abandoned whatever restraint they
had mustered. Militants took to the streets in Kut and other southern cit-
ies as news of Charge of the Knights spread, though the fighting was far
more limited in scope than in the 2004 southern uprising. In one clash in a
south-central city, according to American intelligence, a senior Quds Force
officer was wounded and had to be evacuated to Iran.

In Baghdad, the fighting started on Sunday, March 23, with sustained
rocketing of the Green Zone even before Maliki had left for Basra—
possibly part of a plot being executed prematurely, or possibly just because
the Sadrists had gotten wind of the prime minister's intention to attack
them in the south. On March 24, a U.S. infantry platoon and a team of
advisers to the National Police killed or wounded seventy-five Mahdi
Army fighters as they attacked Joint Security Station Obeidi, an outpost
built over the winter at the edge of Sadr City. The next day, militiamen
poured out of Sadr City and into the streets across East Baghdad and Shiite
areas of West Baghdad like Shula and Kadhimiya. Half of the Iraqi mili-
tary and police checkpoints ringing Sadr City were overrun. In Shula, 230
police deserted their posts and handed over their weapons and vehicles to
the Mahdi Army, and within two days a battalion of the 4th Brigade, 1st
National Police Division, had seen over 400 of its 550 members disappear.
In firefights near FOB Hope—the outpost by Sadr City's eastern corner
that American troops had abandoned in 2006 and then reoccupied early in
the surge—militiamen fought wearing recently captured helmets and body
armor. Of greater concern, American intelligence reported, some fighters
were likely to be armed with American M16s confiscated from surrender-
ing Iraqi troops.[8]

As Iraqi units folded left and right, Major General Jeffrey Hammond, whose 4th Infantry Division was now running the show in Baghdad, suggested in frustration during a briefing that perhaps the Iraqis should be permitted to fail, to teach them the hardest kind of lesson. Petraeus, also attending the meeting, was not pleased. "This is not a training exercise," he admonished the general. "This is a pivotal battle of the war. Neither we nor the Iraqis can afford to make this into a learning episode."[9]

The Mahdi Army and Special Groups had amassed an enormous supply of rockets, mortars, and IEDs in Sadr City, and were using its garbage-strewn lots and alleyways as launching pads—POO, or point-of-origin sites, in the vernacular of the American military. The vast majority of the projectiles were 107mm rockets, which could be fired from Jamila and Thawra 1, the southernmost segments of Sadr City. The daily fusillades, which some of the soldiers dubbed "March Madness," turned life in the Green Zone upside down. Virtually overnight, the international zone was transformed from a small island of stability and creature comforts in a sea of violence to a bull's-eye for militias furious at Maliki's attempt to rein in their brethren in the south. Salvos of mortars and rockets began to rain down on the barricaded seat of the Iraqi government and—thanks to the ineptitude of some rocket crews—on hapless Iraqis whose neighborhoods happened to be along the projectiles' flight path. One rocket hit Tariq al-Hashimi's office, killing two of his guards. Other salvos damaged Crocker's residence and four Blackwater helicopters. Roy Alcala, a coalition adviser to Rubaie, returned to his Green Zone trailer after working late one night only to find that it had been pulverized by a rocket.

At the time, the 4th Infantry Division, the American headquarters in Baghdad, described the enemy it was fighting in the capital in public statements as Special Groups and "rogue elements," implying that the mainstream Mahdi Army remained in compliance with the cease-fire Sadr had renewed in February. In fact, both in Basra and in the opening days of fighting in Baghdad, large swaths of the mainstream militia, including senior commanders, were fighting American troops, not just hard-liners from Asaib Ahl al-Haq and Kataib Hezbollah. "Mainstream Jaysh al-Mahdi (JAM) and its 'special groups' coordinated with one another to carry out unified attacks on U.S. forces throughout Baghdad which began on 23 March 2008," a CENTCOM report concluded. "The coordination occurred at the highest levels of JAM command," including Kazim al-Issawi, the senior Mahdi Army commander in Baghdad. But while the initial barrage was conducted with the approval of the militia's Sadr City brigade commander, it "may have occurred prematurely per plan."[10]

Maliki and his American partners were paying the price for the years he and Jaafari had put Sadr City off-limits to the United States or otherwise constrained operations there. Having asserted sovereignty and prevented the Americans from having a free hand in Sadr City, Maliki was no longer sovereign of a sprawling neighborhood that was home to more than two million of the capital's citizens. That reality appeared not to have troubled him as long as the militia attacks were mainly directed at the Americans and the Sadrists remained uneasy members of his governing coalition. But now many of the militias that had declared war on Maliki were ensconced in Sadr City within rocket range of the prime minister's government.

Caught off-guard, American units that were operating near Sadr City moved quickly to reclaim the checkpoints that had been occupied by the militias. On March 25 and March 26, a pair of American battalions, 1-2 Stryker Cavalry and 1-68 Armor, pushed into Jamila and Thawra 1 to take away the launch areas. Reinforced by five companies of Strykers and heavier tanks and Bradleys rushed from the Sunni belts, where the main activity was managing the burgeoning numbers of Awakening volunteers, the soldiers were told they might be needed in Sadr City for a few days. Establishing a toehold, they moved into abandoned homes or schools, hanging blankets over the windows to foil militia gunmen and uncovering concealed, sandbagged fighting positions as they went. Lieutenant Colonel Dan Barnett initially had to sign off on any use of 120mm main gun rounds from the Abrams tanks attached to his 1-2 Stryker Cavalry, but he quickly delegated that authority to his company commanders, and soon the rules of engagement were loosened to allow troops to shoot any spotter they thought was reporting their position on a cell phone.[11]

There were constraints on where the Americans could maneuver, as always. In deference to the Maliki government's opposition to any extensive American military engagement deep inside the slum, Quds Street, the thoroughfare where Jamila and Thawra 1 ended and the older area of Sadr City began, was chosen as the limit of advance—no American troops could venture beyond it. On the other side of the boulevard, which the Americans knew as Route Gold, militia commanders like Arkan al-Hasnawi and Abu Dura still had a sanctuary, but one at the outer limit of their rockets' range against the Green Zone. While American troops could not go north of Route Gold, nothing stopped the militias' fighters from walking south of the boundary, carrying their weapons at night, or moving unarmed dur-

ing the day and accessing hidden weapons caches south of the boundary. After laying IEDs or firing off a few rounds, the fighters could melt into the urban landscape among an easily intimidated, if not sympathetic, population. Many of the local residents knew when an attack was imminent: a telltale sign was when the crowds in the street mysteriously vanished.

Sadr's August cease-fire, even imperfectly observed, had made Iraq more manageable during the fall and winter, and the explosion of fighting between the Special Groups and the Maliki government was an unwelcome development and a politically awkward one that had come virtually on the eve of Petraeus's and Crocker's return to the United States to update Congress on the war in Iraq. But it was an expression of Maliki's priorities and the Americans were determined to see him through it. Petraeus aptly summed up the situation in a classified letter to Gates: "We have shifted our stance in many areas from nation-building back to war-fighting."[12]

On March 27, Petraeus called Colonel John Hort, the commander of the 3rd Brigade, 4th Infantry Division, who was overseeing the Sadr City fight from his headquarters at Taji, to offer him the use of Shadow drones, armed Predators, and anything else he needed. Below the drones, Apache attack helicopters would hunt militia rocket teams while a CIA-managed Iraqi force did so on the ground. Above, U-2 spy planes and E-8 Joint STARS surveillance planes, which used a sophisticated radar to monitor ground movements, and a Global Hawk drone would help monitor the battle. Though ground operations were not permitted north of Route Gold, nothing prevented the Apaches and Predator drones from firing Hellfire missiles at targets north of the street, if the drones and aircraft could find them.

Despite this surge of high-technology resources, there was only so much they could do in a street fight. By the end of the first week there had been 373 attacks in Baghdad compared to 83 in the week that preceded Maliki's Basra offensive. The Stryker squadron in southern Sadr City had lost six of its armored vehicles to EFPs. Anxious to foil the IED triggermen, the Stryker unit yanked down many of the tangled webs of wires that were slung low over the streets and which mainly included the Rube Goldberg system of electrical wiring that powered much of the neighborhood, a bit of inadvertent collateral damage that plunged many of Sadr City's homes and apartments into darkness. A dead donkey, the victim of a crossfire quickly forgotten, lay for days in one of the main intersections. With the already lagging city services suspended by the gunfire, mountains of trash grew in the streets. When a market was set aflame by an errant American smoke grenade, it took forever for a lone fire truck to arrive, prompting residents

to mount a desperate and fruitless effort to douse the flames. As the fighting intensified and lasted beyond the four to five days that the brigade had expected, Hort ordered the troops in his armored and mechanized units to leave their Humvees on base and go out in the tanks and Bradleys that had so far seen little use on the deployment. It was the first time the armored vehicles had been seen on a large scale in Sadr City since 2005.[13]

After his triumph in Basra, assisted though it was by the Americans, Maliki was initially adamant that the Iraqi military mount a quick and decisive operation in Baghdad as well. But Lieutenant General Abud Qanbar, a trusted Maliki aide and the head of the Baghdad Operations Command, urged the prime minister to proceed slowly and methodically.

Although many Iraqi units, notably from the National Police, had dissolved in East Baghdad, Abud's command brokered a deal with tribal leaders in the Sadr City area in which a battalion from the Iraqi Army's 42nd Brigade would be able to join the Americans in the southern sector of Sadr City, from which most of the rockets had been fired. The understanding did not go unchallenged. While Abud and Hammond gave a joint press conference at JSS Sadr City, the lone American outpost below Route Gold, Mahdi Army fighters attacked the arriving Iraqi battalion. Only reinforcement by American Strykers, tanks, and airpower, and efforts by deputy brigade commander Lieutenant Colonel Michael Pemrick and other advisers, kept the Iraqi unit fighting long enough for a second battalion to arrive to reinforce it. Gunfire echoed in the distance, and the shriek of incoming, but fortunately wayward mortar rounds caused the media to duck in the middle of the event. By the end of the day two American soldiers had been killed in Sadr City and seventeen more wounded. Despite the presence of Predators and Apaches overhead, rockets continued to arc to the Green Zone, killing another soldier there.

Virtually overnight, the violence in Sadr City had made the fight a testing ground for the Iraqi military, one that was no longer in a faraway city like Basra but in the nation's capital for all Iraqis to see. As with Basra, Maliki's solution was to mobilize a newly formed Iraqi Army division—in this case, the 11th—which meant that there were more than the usual array of problems. Since the division was just being stood up it suffered from a shortage of experienced noncommissioned officers. One of the division's battalions was assigned to the west side of Baghdad, diminishing its combat power, which was already limited when it came to bomb disposal, engineers, medical units, and logistics.



Seeking to put an Iraqi face on the operation, the Americans pushed Iraqi forces to take up positions near Route Gold. American troopers were several hundred meters to their rear, close enough to rush to their aid if necessary, but neither partnered with the Iraqi forces nor in the heart of Sadr City. Persuading the Iraqis to move to their forward positions and stand their ground was dangerous work. Major Mark Rosenberg, the thirty-two-year-old leader of an advisory team that worked with Lieutenant Colonel Yahya al-Zubaidi, a battalion commander in the 11th Division, was riding in his armored Humvee when an EFP, which was wedged into a gap between the ground and the concrete slabs the Americans used to protect their main routes, fired its projectile into the side of his vehicle. The gunner on his vehicle lost both of his legs while Rosenberg's interpreter lost one leg. Rosenberg lost a leg as well and suffered other wounds; he died soon after. In a separate EFP attack, Corporal Steven Candelo, a twenty-year-old member of the team that advised 11th Division commander Major General Mizher Shaher Latif, was also killed when Mizher ran into a complex ambush on his way to FOB Hope.

Once the Iraqis established their positions they generally stayed in place, rarely patrolled down the alleyways or side streets, and demonstrated poor fire discipline. Trying to take advantage of the Iraqi soldiers' limitations, militiamen would dart between Iraqi units, trying to provoke them to fire at one another. Some militia fighters called the Iraqi soldiers, many of whom were recruited from Sadr City, on their cell phones and warned them not to fight. Without Americans continuously stationed at the Iraqi positions, or even in some cases without direct radio communication between the Iraqi and American forces, the American role was restricted to periodic visits to instruct the Iraqis on how best to defend themselves and to exhort them to hold their ground. The Americans advised that under the rules of engagement strangers on rooftops who appeared to be reporting on Iraqi and American positions were fair game. So were the pigeon keepers if it appeared they were releasing their birds to signal the approach of an Iraqi or American unit.

Conserving ammunition and avoiding a dangerous resupply mission up a Sadr City gauntlet was a persistent problem and one that was never solved. "They would receive one or two sniper rounds and the whole platoon would open up at every window and everywhere," Colonel Richard Jung, the commander of the advisory team that worked with Mizher, told the author of a classified analysis of the battle. "You want to be on the inside of the bloom, not on the outside. The next thing you know is the IA

[Iraqi Army] commander is pulling his unit back because they are out of ammunition."[14]

The day that Major Rosenberg was killed a platoon of Stryker soldiers was holed up in an apartment building south of Route Gold with blankets shielding the windows from snipers when the electricity flared on and David Petraeus appeared on one apartment's television. Seven months after their September bout, the general and the ambassador were before Congress again to report on the surge. The thrust of Petraeus's testimony was a sober assessment of the gains since September, all the more so in light of the violence that had wracked Shiite Iraq since March 25. "The Champagne bottle has been pushed to the back of the refrigerator," the general said in response to a question by Indiana senator Evan Bayh. "And the progress, while real, is fragile and reversible."[15] No additional troop cuts would even be considered, Petraeus said, until forty-five days after the withdrawal of the final surge brigade in July brought the force down to fifteen brigades.

Although the whole episode was nowhere near as grueling as the September testimony, Petraeus and Crocker faced tough questions even from supporters like John McCain, and grim assessments from Democratic presidential candidates Clinton and Obama. "We're no longer staring into the abyss of defeat, and we can now look ahead to the prospect of success," McCain said, but asked in reference to the Iraqi 52nd Brigade's performance in Basra, "What's the lesson we're to draw from that, that 1,000 Iraqi Army and police deserted or underperformed?" Clinton, who before the testimony told ABC that "clearly the surge hasn't worked," was harsher. "It might well be irresponsible to continue the policy that has not produced the results that have been promised time and time again," she said.[16] When Obama's turn came, he promised again to set a timeline, if elected, for the withdrawal of all combat troops and to open talks with Iran.[17] When it came to Iraq, the partisan battle lines were already drawn and there was little that was happening on the ground that would change them.

In contrast, Sadr City was still fraught with problems. One of the Iraqi Army's darkest days came on April 16 when the remnants of an eighty-strong company of Iraqi soldiers loaded up their trucks with furniture and abandoned their post near Route Gold, leaving a crucial stretch of road undefended for hours. "Every house in Sadr City probably has one of their sons in the Mahdi Army," said the Iraqi company commander. "So it is hard to convince people to believe in the Iraqi Army." Captain Logan Veath, whose Stryker company from the 25th Infantry Division had been

rushed to Sadr City for the battle, implored the Iraqis to return to the front. "If you turn around and go back up the street those soldiers will follow you," Veath said. "If you tuck tail and cowardly run away they will follow up that way, too. You went through a whole battle and are now removing yourself? Are any of your men dead?"

The Iraqi commander acknowledged that his unit had several wounded but none killed, but insisted his unit was short of ammunition and had no means to communicate directly with the American troops. "That is an excuse, and you know it," Veath shot back, arguing that the Iraqis could have sent a runner to the American soldiers a hundred yards to their rear to ask for him.

Dozens of excited Iraqi soldiers began to join in the discussion. As tempers flared and voices rose, First Sergeant Martin Angulo ordered the company's soldiers to form a protective circle around the captain. The Iraqi commander continued his retreat only to be detained by Iraqi generals, who were hugely embarrassed by the episode. Senior Iraqi commanders hurried to the scene and a special Iraqi reconnaissance unit was ordered to advance up the road. With the help of an American bomb-clearing unit, Stryker vehicles, and attack helicopters, the Iraqis rumbled north, preemptively spraying rounds as they went. The furious Iraqi fire on their drive toward the abandoned base endangered the American soldiers who were bringing supplies to one of their platoons, and an American officer issued a plea over the tactical radio. "They are lighting up everything," he said. "Tell them to knock it off."[18]

After the battle the American television program *60 Minutes* would credit American technology with turning the fight around.[19] But the move that did more than anything else to change the balance on the ground was the construction of an immense concrete wall across the length of Route Gold, bisecting Sadr City. It became known as the Gold Wall.

Brigadier General Will Grimsley, a deputy division commander who often visited the forces during the fight, summed it up this way: "East Berlin, West Berlin." Noting that militiamen were still sneaking EFPs and infiltrating bands of fighters south into the Thawra 1 area American and Iraqi troops were occupying, the division began the project under cover of darkness. Starting in mid-April, large cranes operated by contractors lifted twelve-foot-high, nine-ton segments of concrete T-wall into place, working from the far end and planning to link up in the middle. It did not

take long before the contractors decided that undertaking a massive project under fire was not worth the risk and Army engineers had to be brought in. As the project plodded along, Hammond decreed that the construction be carried out during daylight hours as well, which led to an escalation of the fighting with the militias, who were determined that the project would not succeed.

By now, there was little attempt to put an Iraqi face on the force opposing the militias on Route Gold. In the time that it took to build the wall, the battalions fighting along Gold fired and called in an extraordinary amount of ordnance. The brigade's tanks along the route fired over eight hundred main gun rounds during the two-month battle, many at sniper positions north of the dividing line. Army commanders also called in Apache attack helicopters equipped with Hellfire missiles as well as air strikes with satellite-guided bombs, leveling buildings. For the militias' part, an Army study noted that "Route Gold was completely saturated" with EFPs. Army explosive ordnance teams regularly found ten to fifteen EFPs along each seventy-five-meter stretch of road, which they sought to clear under fire, their spotlights blazing in the night. To keep up, engineers were authorized to detonate the bombs with machine guns instead of the usual painstaking recovery.[20]

On April 25, a statement from Sadr was read at Friday prayers at mosques in Sadr City and elsewhere around the country. The statement, which took the form of eight edicts, clarified the little-obeyed March 30 cease-fire: while Sadr instructed his followers not to attack Iraqi troops or police, he urged them "to wage open war against the Americans." Three days later, under the cover of another dust storm that grounded aircraft, Mahdi Army fighters more than doubled their rocket attacks against the Green Zone and American bases and again launched coordinated attacks on Iraqi and American positions in southern Sadr City.

On April 28, attacks with a new type of rocket, called an IRAM (improvised rocket-assisted mortar), against Barnett's outpost at JSS Sadr City and another East Baghdad base wounded fifteen soldiers. The next day, Logan Veath's Stryker company was drawn into a fierce gun battle. After rescuing an injured crewmember from an Abrams that had been hit with an EFP, Veath's own Stryker was also hit by an IED and its camouflage netting and reserve fuel cans caught on fire. Under fire from militia armed with AK-47s, rocket-propelled grenades, and machine guns, Veath, with one of his sergeants, ran fifty meters to the burning vehicle and was horrified to see his gunner, Specialist Andrew Howard, burst out of the hatch on fire.

Veath threw Howard to the ground to extinguish the flames and carried him to safety, shooting back at the enemy as bullets struck the dirt near his feet. His commanders nominated him for a Silver Star but the award was downgraded to a Bronze Star with a "V" for valor under fire. The grade inflation that had seen generals given combat decorations for their presence on the battlefield during the invasion had given way to a stinginess regarding awards.

By the end of April, with construction of the wall well under way, the next question was what to do about the remaining three-quarters of Sadr City north of Route Gold. Eight senior Special Groups leaders were believed to be inside the area, and so far American air strikes had not targeted them—only suspected rocket teams. Although American and Iraqi commandos were still not allowed north of the wall, on May 1, JSOC's Task Force 17 began three days of aerial attacks targeting the leaders, killing one with a Hellfire missle. But these measures did not get at the heart of the problem: the bulk of Sadr City remained a safe haven for the Mahdi Army and Special Groups.

With the militias still active north of Route Gold and no resolution of the battle in sight, tensions grew among the American commanders who were prosecuting the fight. Hammond was pressing for the establishment of another outpost in a police station near Gold, called JSS Thawra II. The 1st Cavalry Division had planned all through 2007 to do this, but was never able to. Hammond had inherited their plan and meant to stick to it. A demanding general and former quarterback at University of Mississippi who distributed division coins with the image of a football helmet, Hammond was not known for his patience. When a lieutenant colonel wrote a provocative article criticizing the generalship in the Iraq War, Hammond gathered two hundred captains at Fort Hood and insisted that the author was not competent to judge since he had never worn the shoes of a general officer. Hammond believed that by establishing the second JSS near the dividing line the Americans could force the Iraqi Army to take on more responsibility for securing Sadr City. But the site was a one-story building in an open courtyard surrounded by tall buildings on all sides, regularly attacked with mortars and vulnerable to RPGs.

Both John Hort, the brigade commander, and Barnett, the 1-2 Stryker Cavalry squadron commander, believed that the strategic utility of the new JSS was negligible and the risk to the American soldiers who would have to

establish it was too high. To Hort, the police station simply did not make sense as an outpost—it was a low-set building surrounded by high-rises, in effect making it surrounded by high ground and vulnerable to constant harassing fire, including from tall buildings in the untouchable area beyond Gold. Under pressure to man the station with Americans, Hort directed that platoons go there but be rotated every twelve hours to minimize the time they were vulnerable; still, half a dozen Iraqi soldiers were killed there.

With tensions high between the division and the brigade, Hammond flew into Combat Outpost Old MOD, to the west of the battle area, for a memorial ceremony for one of Hort's troops. Before the service began, Hammond grabbed Hort from his seat in the outpost's makeshift chapel and pulled him into a side room, where he berated the colonel for not building the wall fast enough. Hort protested that his men were doing the best they could under extremely difficult conditions—and then offered his resignation as commander. He pulled the Velcro rank patch off his uniform and tried to hand it to Hammond, but the general refused to take it. For weeks afterward, Hammond left the brigade alone.[21]

The work on the new joint security station proceeded, but at a cost. On May 1, RPG fire there wounded Sergeant John Daggett, an infantryman with one of the Stryker companies that had been pulled down from Taji. Daggett was rushed to an American military hospital in Germany. While being moved to the United States, his condition deteriorated so rapidly that the plane was forced to make an emergency landing in Nova Scotia. But it was too late to save him. Hort, who was in the area at the time Daggett was hit, quickly called in three Apaches that were circling above and had them each fire three Hellfires into the building where the fire had originated—fire had been coming from the building for some time, and Daggett's wounding was the last straw.[22]

Not only the Americans were at odds, however. The Iraqis were struggling for a way to bring the fight to a close as well. Maliki's preferred solution was a large-scale assault, à la Charge of the Knights. The Baghdad Operations Command and Hammond's division drew up a six-month plan for bringing Sadr City under control. Under this plan, troops would spend May continuing to occupy the area below Route Gold and cordoning off the rest of the slum. Then during June and July, they would push north of the wall to clear and hold a specific chunk of the rest of the city before spending another three months—through October—using two full Iraqi brigades to push slowly north from Gold through the length of Sadr City. In addition to Iraqi units, the plan called for shifting most of a Stryker bri-

gade from the Taji area to Sadr City, where it would make its headquarters at FOB Hope and establish footholds in the district's less densely populated northern and eastern corners.[23]

Although this plan, with American assistance, was better and more carefully thought out than Mohan's six-month Basra plan, Maliki reacted with similar impatience when it was presented to him on April 28. A six-month campaign was far too long, the prime minister said; he wanted the whole operation done in two to three days. Although Baghdad Operations Command chief Abud Qanbar reacted to this by saying that he could speed the timeline up to a week or so with reinforcement, Defense Minister Abd al-Qadir al-Obeidi shot back that because of operations in Basra and Mosul no extra troops were immediately available. Rubaie urged caution; Babaker al-Zebari, the head of the Iraqi general staff, bluntly called the idea of contracting a six-month plan into three days impossible.

Maliki was not deterred. If it took six months to secure Sadr City, "the state"—meaning his government—would collapse. "Time is a sword to be used against the Iraqi government," he said. When Petraeus replied that he had to act as Iraq's prime minister, not just the Dawa Party's, Maliki melodramatically shot back that he meant what he said—the state itself, not the Dawa Party, would be in jeopardy if Sadr City were not taken quickly.[24]

Convinced that Maliki was digging his heels in and would accelerate the Sadr City operation no matter what, Babaker suggested bringing up two extra battalions from Karbala, and Petraeus suggested bringing a Kurdish brigade down from the north. Abud asked for seventy-two hours to revise his planning. When the same "crisis action cell" convened again on May 6, little progress had been made. The military realities of Sadr City and the limited availability of extra units had precluded the overly quick offensive that Maliki had been pushing.

While the Iraqis and Americans struggled to settle on a plan, the war of attrition continued. In early May, a troop of thirty Navy SEALs arrived on Route Gold. Brought in from Anbar on short notice to replicate the results their snipers had produced in Ramadi and other battles, the SEALs found themselves in the center of a 360-degree ambush on the first of their five Sadr City missions, and had to be retrieved by Strykers after running low on ammunition. After that, the Navy commandos used Bradleys and MRAPs for their insertions.

To blend in with the Army troops, the sailors wore gray Army uniforms— they had bartered unit coins in exchange for conventional Army ACUs from supply officers at Al-Asad—and cut their hair as short as possible.

Acting like a rodeo clown to distract a raging bull, the SEALs would allow themselves to be observed as they were dropped a hundred meters ahead of where the work on the Gold Wall was proceeding, drawing the militia fighters away from the construction and toward kill zones where they would find themselves confronted with Navy snipers armed with high-powered rifles. Because of Sadr City's grid layout, the SEALs positioned themselves along its perimeter and could see straight down the slum's streets and kill fighters a mile inside it. The SEAL snipers would shoot at the militiamen as they advanced as well as at the men who tried to retrieve the bodies. During one thirty-six-hour dust storm on May 11, they killed forty-six militiamen, a significant number of either the seven hundred militants that the American military would claim were killed during the month-long Sadr City battle or the Mahdi Army's own estimate of one thousand.[25] It was an example of how special operations forces and the conventional military could be devastatingly effective in battle when used together.

On May 3, intelligence pinpointed a fortified complex set of trailers well north of the wall as the headquarters of Arkan al-Hasnawi, known to JSOC as Objective Jerry, a former Mahdi Army brigade commander who had gone rogue and was implicated both in rocket fire and in a campaign to kill Awakening volunteers elsewhere in Baghdad. Unfortunately, the complex was located dangerously close to Sadr General Hospital. Austin's corps headquarters had given Hammond's 4th ID the authority to call in strikes by GMLRS long-range missiles if certain criteria were met, and in spite of the complex's touchy location, Hammond and brigade commander Hort felt that it met those criteria. Without seeking specific approval from corps, they gave the order for an artillery unit east of the city to fire between five and seven GMLRS rockets at the target, which they did, wounding but not killing Hasnawi—and, the Mahdi Army claimed, two dozen civilians. The attack came as a surprise to Lloyd Austin, the corps commander, who a senior officer reported became "animated" upon hearing of it.[26]

As with Basra a month earlier, once the militia leaders saw they were overmatched they sought a face-saving way out. At first, Maliki showed little interest in letting his adversaries live to fight another day. On April 26, Ahmed Chalabi had called Petraeus offering to negotiate on behalf of the Special Groups. "Of course we will not consider such an agreement," Petraeus wrote to Gates.[27] Three days later Maliki expressed his antipathy for Sadr to Bush by videoconference, calling him an "ugly thug." On May 3 Major General Chris Hughes, the British officer in charge of both Sunni and Shiite reconciliation projects, told Petraeus's staff, "We have

seen senior Sadrists who believe they should talk to us, but express that they're forbidden to."[28]

Nonetheless, negotiation appeared to be the only way to avoid an even tougher fight against a prepared defense north of Route Gold, which the Iraqi forces would be hard-pressed to handle by themselves. An elaborate series of meetings was held to prepare for this possibility, though. As in Basra, Abud and the other Iraqi generals made it clear that they wanted American support. That meant that American military personnel would need to accompany the Iraqis north of Route Gold to call in the strikes, and to do that Hammond wanted an American platoon to go with them for protection. Masking the American presence in historic Sadr City would not be easy. And if there was major fighting, thousands of residents would need to be evacuated.

In late April, between the 28th and the 30th, a delegation including ISCI and Dawa members visited Iran to negotiate an end to the fighting but was "rebuffed" by Qasim Suleimani, Petraeus told Gates. Still, negotiations continued. According to Rubaie, Maliki authorized the talks at his suggestion; during a Sadr City planning meeting in which the unrealistic idea of evacuating the quarter-million residents of Jamila and housing them in a stadium was floated, Rubaie became frustrated and recommended negotiating. "I said, 'One man can resolve this,' " Rubaie recalled. " 'His name is Muqtada al-Sadr. Give me one week, and I'll go see him.' "[29]

On May 10, after being contacted by Iraq officials, Sadr agreed to a temporary, four-day cease-fire in Sadr City beginning the next day to allow further negotiations. Along Route Gold, it was predictably hard to tell that anything had changed. On May 10 a helicopter flying near Sadr City was fired at by a shoulder-launched antiaircraft missile, the first launch of such a weapon during the battle, and some militia commanders said publicly that they would not stop fighting until Sadr issued a formal statement. On May 12, an Iraqi soldier along the wall—now 80 percent complete—was shot in the head with a .50-caliber sniper rifle, prompting a Hellfire strike. In 2005, the Austrian company Steyr Mannlicher, despite demarches from the United States and European nations, had sold more than 800 of its HS .50 anti-matériel rifles to Iranian security forces before the Austrian government blocked the sale of an additional 1,200 rifles. Now they or unlicensed copies were turning up in Iraq, as Iranian "lethal aid," just like EFPs and rockets.[30]

However ineffectual it was at the street level, the four-day truce allowed another Iraqi delegation headed by Dawa politician Ali al-Adeeb to travel to Iran for more formal talks with Sadr and Suleimani. The parties arrived

at an understanding that averted the need for a bloody push north but allowed what was left of the militias and their leaders to fade away to Iran and fight another day.

Under the deal's terms, after the four-day truce expired, Iraqi troops—unaccompanied by Americans—would be able to move north of the Gold Wall and secure the rest of Sadr City. In return, there would be no call for the general dissolution of the Mahdi Army, contrary to aggressive statements Maliki had been making since Basra. Nor would militiamen be required to voluntarily hand over heavy weapons, although Iraqi troops would have the right to confiscate them—a subtle semantic distinction but one that diluted another demand Maliki had been making publicly. "The sixteen-point agreement incorporates the gist of an agreement that a UIA [United Iraqi Alliance] delegation had worked out with Quds Force Commander Qassim Soleimani and other Iranian officials during a May 1–3 visit to Tehran," Crocker explained in a cable.[31]

The American military had made the deal possible and the Iraqi government later portrayed the outcome as another military victory. Crocker's assessment of the agreement's long-term potential was pessimistic. Although the deal would, if executed, obviate the need for the huge clearance operation the Iraqi military was planning, its terms made a later renewal of fighting between the government and Sadrists likely, the ambassador judged. "When such violence occurs, it seems likely that the parties will again trudge to Tehran and ask Qassim Soleimani to sort out the chaos that he has been instrumental in creating and perpetuating," he cabled home.

During the first days after the formal agreement, fighting along Route Gold continued. On May 13, for instance, an Abrams dropped a building north of the wall with three main gun rounds after taking fire from it. As the planning for an Iraqi operation north of Route Gold continued, it became clear that some sort of political arrangement was afoot. Hammond and the division's intelligence officer were adamant that the Iraqis needed to maneuver around the militias' defenses north of Gold and strike the enemy in the flanks. Ignoring that advice, Abud was planning a thrust directly north, an operation that could work only if the maneuver went uncontested. By May 17, though, the fighting was tapering off, and American troops along the now completed wall were ordered to fire only in self-defense.

American troops took down slabs of the wall at six points on the night of May 19, guarding the gaps with Abrams tanks. At five o'clock the next morning, six Iraqi Army battalions—including T-72 tanks from the 9th Division, veteran troops from Anbar's 1st Division, and the 11th Division's

44th Brigade—advanced north on parallel routes into the northern part of Sadr City. Although Apaches, Predators, and Shadows circled overhead, no American advisers accompanied the columns. The tanks, Humvees, and armored vehicles flew the newly adopted national flag, on which the words "God Is Great" had been rewritten in a new font (the old font was allegedly Saddam Hussein's own handwriting) and from which the three stars that had first represented the potential union of Iraq, Egypt, and Syria and later the three tenets of the Baath Party motto had been removed. By early afternoon, the Iraqi Army columns had spread out to the Sadr and Imam Ali hospitals, former police stations, intersections, and the Sadrist political headquarters—the first sustained presence of government forces north of Quds Street since 2006. There was no resistance, but also no militia leaders to be found. Iraqi soldiers parked their vehicles on the streets and relaxed by their tanks.

A month after the Iraqis pushed north of the wall there was a sign, as Crocker had intimated, that the fight in Sadr City was not quite over. A team of civilians and soldiers from Hort's embedded provincial reconstruction team were scheduled to meet with Hassan Shama, a candidate in Sadr City's first district council election in two years. A larger meeting was scheduled to be held in the district council building's main chamber, but when the American team arrived, they went first to Hassan's office, which had not been cleared according to the military's procedures.

As the team members chatted with their Iraqi hosts, one American diplomat got up, fortuitously, to use the restroom. While he was gone a "sticky bomb" attached to the back of his chair exploded, killing diplomat Steven Farley, the deputy leader of the provincial reconstruction team, along with a contractor and two soldiers. Hort concluded that the attack was an inside job carried out by the Special Groups commander Hajji Jawad in collusion with the Sadrist former district council president, who had quit his job the week before amid threats.[32] Intelligence also linked Ali Faisal al-Lami, a protégé of Ahmed Chalabi who was working with Asaib Ahl al-Haq, to the attack. The district council reconvened two days later at 11th Division headquarters in what American officials hailed as a sign that residents were willing to stand up to the militias. Hassan Shama, who had been wounded in the blast, was elected in absentia.

In the weeks that followed, Iraqi and American leaders pondered the significance of the fighting in Baghdad, Maysan, and Basra. "Recent events may

have brought on a sea change in Iraqi politics with regard to the acceptability of militias," Petraeus wrote Gates in mid-April.[33] Though many Iraqi units had performed remarkably poorly in the battles of Basra and Sadr City, they demonstrated Maliki's willingness to take on Shiite militias.

The spring fighting was a major blow to the Mahdi Army and Special Groups across Baghdad and southern Iraq. Lieutenant Colonel Joe McLamb, whose 1-502 Infantry had fought the militia in Kadhimiya and Shula that spring, explained how the fighting had helped break the Mahdi Army's hold on the Shiite population in his area. "I think it's hard sometimes for an American to understand the relationship that the Shia community and Jaish al-Mahdi had at that point," before the spring of 2008, McLamb said. "I believe that the Shia in this area, honestly, in their hearts, believe that if it were not for the protection of the Jaish al-Mahdi, they would have all been killed by the Sunnis, that they would have been driven out of their homes" in 2006 and 2007.[34] But by early 2008 the Sunni threat no longer seemed imminent, and internal conflicts among the mainstream Mahdi Army, Special Groups, and criminal elements undermined the militia's legitimacy. Then in March, government forces in Kadhimiya stood up to the militia and prevailed. A year earlier, the government security forces had been either in collusion with or less competent and more abusive than the militia; with the reverse now the case, the militia lost much of its sheen for locals.

Sadr's complex relationship with Iran also suffered as a result of the spring uprising, after which hundreds of fighters had sought refuge across the border. In early July, for example, a Mahdi Army fighter fatally shot a member of the Iranian government security forces. "Iran is cracking down" and "may deport some," according to notes taken at a July 9 briefing that covered the incident.[35]

Sadr's task in the wake of the spring battles was to decide how to continue without losing further ground in the eyes of the Iraqi populace and inviting further military defeats from an emboldened Maliki, and also without completely losing his military power. Had he chosen simply to rebuild and reorganize the Mahdi Army under cover of a cease-fire he lacked the power to fully enforce, as he had done in 2004 and 2007, he might have been defeated on the battlefield. Had he chosen to disband his militia altogether and play an exclusively political role, he would have been doing so from a position of weakness.

Instead, the cleric, still based in Qom, chose to retain a smaller cadre of militiamen. Sadr "appears to be attempting to reshape his movement to

preclude its further marginalization," Petraeus wrote to Gates in mid-June. "After Friday prayers, Sadr issued a statement that future resistance to the Coalition would be carried out by a new, elite Special Group, which will be ultra-secret."[36] The more disciplined covert militia, called the Muqawi-mun, was later renamed the Promised Day Brigades.

Maliki himself would call Charge of the Knights, in a meeting with American diplomats three weeks after his troops crossed Route Gold, the "magic key" for dealing with the Sadrist Trend.[37] And in late June, Tala-bani described the political effects of the spring fighting in Baghdad and Sadr City to Bush in a videoconference. Before Basra, Talabani said, the only people in Baghdad who had supported the prime minister were him-self, Crocker, and Iranian ambassador Kazemi-Qomi. Now, in the wake of Basra and Sadr City, the only people who did *not* support him were the Iranian ambassador and Muqtada al-Sadr.[38]

What remained unknown was whether the Sadr City and Basra opera-tions signalled that Maliki was rising above sectarianism, or merely was determined to prevent any challenges to his rule, even from within the Shiite ranks.