## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOSHUA ATCHLEY, et al., | |
| Plaintiffs, | |
| v. | Case No. 1:17-cv-02136 (RJL) |
| ASTRAZENECA UK LTD., et al., | |
| Defendants. | |

## DECLARATION OF DAVID M. ZIONTS

1.      My name is David M. Zionts.  I am an attorney at the law firm of Covington & Burling LLP and represent Defendant F. Hoffmann-La Roche Ltd in this action.  I submit this declaration in support of the Foreign Defendants' Motion to Dismiss All Claims for Lack of Personal Jurisdiction.

2.      I have received from my client copies of the two contracts attached to this declaration, both of which are referenced in paragraph 312 of the Amended Complaint.

3.      Attached hereto as Exhibit 1 is a true and correct copy of contract "40/2004/899" between F. Hoffmann-La Roche Ltd and The State Company for Marketing Drugs and Medical Appliances ("Kimadia") for the sale of 150 packs of "Mabthera," originating in Switzerland.  A bank account number has been redacted.

4.      Attached hereto as Exhibit 2 is a true and correct copy of contract "40/2006/359" between F. Hoffmann-La Roche Ltd and Kimadia for the sale of 1,000 packs of "Pegasys," originating in Switzerland.  A bank account number has been redacted.

I declare under penalty of perjury that the foregoing is true and correct.

Signed in Washington, D.C. on the 25th day of April 2018.

David M. Zionts

# EXHIBIT 1



**REPUBLIC OF IRAQ**
**MINISTRY OF HEALTH**

**THE STATE COMPANY**
**FOR MARKETING DRUGS AND**
**MEDICAL APPLIANCES**



No. ٧١٦
DATE: ٥ / ١٤ - ٠٥

*Contract for the supply of drugs*
*Indent no. :- 40/2004/899*
*Contracting party:-F. Hoffmann-La Roche Ltd.*

First party (buyer ):- The state company for marketing drugs and medical appliances
Second party (seller):- F. Hoffmann-La Roche Ltd.
          Grenzacherstrasse 124,
          CH-4070 Basel,
          Switzerland



1-Quantity :- as stated below
2-Origin of goods :- Switzerland
3-Manufacturing company :- F. Hoffmann-La Roche Ltd.
4-Quality and specifications :- as stated below
5-Packing :- as stated below
6-Shipment :- in one lot.
7- Delivery :- within L/C period , as soon as possible from date of receiving the L/C from the bank.
8-Transportation way :- by air to Amman then by cool truck to Baghdad via Traibil .
9-Price :- as stated below
10-Total value :- USD 312756.00 Three hundred twelve thousand seven hundred fifty six dollars    only
   CIF Baghdad .
11-The seller has to supply the buyer with (2 vial ) from each batch as free of charge for analysis
   purpose .
12-L/C validity :- Four months from date of receiving the L/C from the bank .
13- Name of corresponding bank :-Credit Suissse
              St. Alban Graben 1,
              4002 Basel,
              Switzerland
              Bank Account: ███████

| National Code | Item | Qty | Packing | U. Price USD | T. Price USD |
|---|---|---|---|---|---|
| 15-B00-036 | Mabthera vial (Rituximab(Recombinant) 500 mg /50 ml-vial) | 150 pack | 1 vial of 50 ml /pack | 2085.04/ pack | 312756.00 |
| Total Value CIF Baghdad USD :-312756.00 | | | | | |

First party (buyer)
The state company for marketing
drugs and medical appliances .
٢٠٠٥ /١٢/٤

Second party (seller)
F. Hoffmann-La Roche Ltd.



*Payment* :- *by letter of credit ,80% of goods value is payable against presentation of shipping document in compliance to L/Cs terms 20%  from each shipment will be effected by openers instructions within 180 days from date of B/L reported by TBI  but will in any event be setteled after a maximum of 180 days after B/L date .*

## Weight and quality and fitness for human consumption:-

*Seller to provide a certificate issued by the health authority or phytosantary in country of origin stating that goods are fit for human consumption and consumed locally in country of origin .*

## Transport conditions :-

*Seller  shall provide buyer the details listed below at the same time of advice about completion of shipment .*

- ■ *No. of trucks with full details of cargo.*
- ■ *Total quantity loaded.*
- ■ *Estimated arrival date of trucks to be given before one week at least.*
- ■ *Manifest of each truck should contain no. of indent – no. of letter of credit sequence no.  and stated that goods imported according to the above mentioned payment term.*
- ■ *Truck should be cleaned and sealed after tightly covered .*

## Special note:-

- ❖ *Goods to be shipped within agreed period otherwise seller should pay to buyer a penalty equals 2 % of the total value of delayed qty per each month or portion there of  delay beyond agreed period & not exceed  10% of total cost of contract  such penalty total amount to be deducted from invoice when submitted with documents .*
- ❖ *The supplier has to abide by the contracts conditions   & to present shipping documents on arrival of the consignment & the responsibility of any shortage appearing or any delay that results because of non- availability of shipping documents lies on the supplier .*

## Documents required:-

*-Commercial invoices of the seller in one original and six copies evidencing shipment to port of destination .*
*-Full set truck consignment note / C M R  three original .*
*-A certificate of origin .*
*-A certificate of analysis for quality and quality of packing .*
*- Packing list.*
*- Documents should be submitted to buyer immediately after shipping of relative goods.*
*-All documents,  invoices & correspondences concerning this contract must bear the indent number*

## Special conditions for  medicine .

- ❖ *The following certificate to be submitted if available :*
 *FDA , CE , HPB , MOH  for awarded products*
- ❖ *Method & legalized certificate of analysis together with international standard reference substance for analysis purpose are to be sent with first consignment of  order otherwise the order will not be accepted  .*
- ❖ *The seller is responsible to compensate the buyer for the defected items after the necessary checking & analysis if the defect is because of manufacture default   .*
- ❖ *The national code should be printed on outer carton for the whole Qty. of order & in the invoice*
- ❖ *The seller should write the manufacturer name & country of origin on each inner & outer packing*
- ❖ *The seller is responsible to compensate the buyer for any shortage or missing items or items which does not comply with the specification agreed in this order confirmation , within the same delivery period of this contract other wise the seller should pay a delay penalty in the same percentage calculated in delay of shipment .*
- ❖ *All the labels on each pack should be written in English language.*
- ❖ *Legalized certificate stating that each product is free from bovine transmissible spongiform encephatopathies (T.S.E.) as well as assuring that items were free from genetic aberration factors .to be presented for each batch with shipping documents for products derived or obtained from animal source (cattle) .*

*First party(buyer)*
*The state company for marketing drugs and medical appliances .*
٢٠٠٥/٢/٢٤

*Second party (seller)*
*F. Hoffmann-La Roche Ltd.*

⟨Roche⟩

- ❖ The seller should not dispatch any product contains amaranth color .
- ❖ Any item ( medicine) that fails in analysis as verified by Iraqi national quality control lab. is to be replaced by seller.
- ❖ Item (medicine) should be freshly manufactured at least 3/4 of shelf life remaining upon arrival to kimadia stores .
- ❖ Consignments should be marked with order number and each consignment contains a copy of the packing list and all necessary commercial documents otherwise it will be neglected.
- ❖ Packing must be excellent and inside safety boxes to protect materials from damage, breakage and shortage by using a tight cellophane for each carton .
- ❖ Packing covers of botanic origin especially woods should exclude (disease-insects) blights.
- ❖ M.O.H ./ IRAQ to be mentioned as stickers on each individual pack & on outer carton for whole qty of product.
- ❖ The seller has to furnish the buyer with international , not working standard reference substances i.e B.P.C Rst. or U.S.P. Rst or E.U.C. Rst. .
- ❖ Batch no., manufacturing date, expiry date & route of administration ( for injections only) must be printed on inner & outer pack of item in English language .
- ❖ In case the supplier is not committed to the delivery schedule kimadia will be free from any commitment against this contract ..
- ❖ Complete shipping document should be sent to import department directly & other copy to be sent with the consignment .
- ❖ The seller has to register his company and items at Iraqi M.O.H .
- ❖ Goods to be dispatched with minimum no. of batches .
- ❖ The seller has to arrange packing of order in pallet with shrink wrapping of cartons & clear labeling of the contents of each carton according to ISO specifications .
- ❖ 50% of Goods not sold out from the buyer's stores after the date of expiration are subject to be compensated by the supplier with maximum of 10% of the original order .
- ❖ All bank charges which being incurred upon opening L/C , amendment , extension & commissions outside and inside Iraq will be on seller account or deducted from the remaining 20% of L/C amount.
- ❖ Certificate of origin indicating that the goods are wholly produced in the country of origin of manufacturing Co. to be presented with the shipping documents .
- ❖ Items which need cooling environment should be dispatched in cooled trucks & the seller will be held responsible to compensate the buyer of any item failed in analysis due to the unsuitable temperature during transportation.
- ❖ The seller is responsible for the compliance of item with specifications.
- ❖ The seller is requested to effect shipment of the buyer consignments in new vessels in which there are forklifts with quick capacities that can also be used for unloading especially for the buyer containers .
- ❖ The seller is requested to take special care in packing bags of the consignments to expedite the unloading .
- ❖ The Iraqi Low should be applied in executing terms and conditions of this contracts and any claim or dispute may arise against these terms and conditions should be judged in Iraq(Baghdad).

First party(buyer).
The state company for marketing
drugs and medical appliances .
2005/12/14

Second party (seller)
F. Hoffmann-La Roche Ltd.



R/

# EXHIBIT 2



**REPUBLIC OF IRAQ**
**MINISTRY OF HEALTH**



**THE STATE COMPANY**
**FOR MARKETING DRUGS**
**AND MEDICAL APPLIANCES**
No. 92

DATE: 2 - 4 - 2007

*Contract for the supply of drugs*
*Indent no. :- 40/2006/359*
*Contracting party:- F.Hoffmann-La Roche Ltd*
First party (buyer ):- The state company for marketing drugs and medical appliances
Second party (seller):- F.Hoffmann-La Roche Ltd
 4070 Basel, Switzerland.
1-Quantity :- as stated below
2-Origin of goods :- Switzerland
3-Manufacturing company :- Roche
4-Quality and specifications :- as stated below
5-Packing :- as stated below
6-Shipment :-  in  two  lot  with an interval of four month between each lot .
7- Delivery :- within L/C period ,first lot  within three month from date of  receiving the L/C from the bank.
8-Transportation way :- by air to Amman then by cool truck to Baghdad via Traibil .
9-Price :- as stated below
10-Total value :- USD (278260.00)two  hundred seventy eight  thousand and two hundred sixty
     dollar  only CIF Baghdad
11-The seller has to supply the buyer  with (40 pack )  from each batch as free of charge for
   analysis purpose .
12-L/C validity :-  (9) months from date of receiving the L/C from the bank .
13- Name of corresponding bank :- Credit Suisse
                           P.O.Box 4157,St. Alban Garben 1, 4002 Basel ,Switzerland
                           Account No,:
                           Swift code:CRESCHZZ40A

| National Code | Item | Qty | Packing | U. Price USD | T. Price USD |
|---|---|---|---|---|---|
| 15-B00-033 | Pegasys {Peginterferon alfa 2a (Recombinant) 180 mcg/0.5ml  solution (Human serum albumin free) PFS (better to be free from human | 1000 pack | (1 pre filled syring of 180 mcg/0.5ml)/pack | 278.26/pack | 278260.00 |
| Total Value CIF Baghdad USD :- 278260.00 | | | | | |

First party(buyer)
The state company for marketing
drugs and medical appliances
31. 3. 2007

Second party (seller)
F.Hoffmann-La Roche Ltd
Adel Khamush
21/03/2007

*Payment* :- By irrevocable  letter of credit ,80% of goods value is payable against presentation of shipping document in compliance to  L/C terms ,20%from each shipment will be effected by openers instructions after arrival &acceptance of goods .

**Bond:-** performance bond should be issued by your firm inform of bank guarantee from Rafidain bank or reliable Iraqi bank equal to 5% of the contract value to be submitted before signing the contract & should be valid for 12 months & extended automatically till completing shipment & executing all contract conditions.

**Weight and quality and fitness for human consumption:-**
 Seller to provide a certificate issued by the  health authority or phytosantary in country of origin  stating that goods are fit for human consumption and consumed locally in country of origin .

**Transport conditions :-**
Seller  shall provide buyer the details listed below at the same time of advice about completion  of shipment .
- No. of trucks with full details of cargo.
- Total quantity loaded.
- Estimated arrival date of trucks to be given before one week at least.
- Manifest of each truck should contain no. of indent – no. of letter of credit sequence no.  and  stated that goods imported according to the above mentioned payment term.
- Truck should be cleaned and sealed after tightly covered .

**Special note:-**
- Goods to be shipped within agreed period otherwise seller  should pay to  buyer  a penalty equals 1 % of the total value of delayed qty per each month or portion there of  delay beyond agreed period & not exceed  10% of total cost of contract  such penalty total amount to be deducted from invoice when submitted with documents. after delay period of 10 weeks Kimadia reserves the right to confiscate the final bank guarantee cancel the order
- In case the ( seller ) has loitered and not fulfill his commitment with any term of the contract conditions which is signed with the buyer .Hence the buyer has the right to breach the contract after issue a warning without resorting to the concerned courts and the tender will be awarded to another seller, and the first seller will bear the price differences and insurance will be confiscated ,as well as , legal procedures will be taken in the respect
- The supplier has to abide by the contracts conditions  & to present shipping documents on arrival of the consignment & the responsibility of any shortage appearing or any delay that results because of non- availability of shipping documents lies on the supplier .

**Documents required**:-
-Commercial invoices of the seller in one original and six copies evidencing shipment to port of  destination .
-Full set truck consignment note / C M R  three original .
- A certificate of origin.
-A certificate of analysis for quality and quality of packing .
- Packing list.
- Documents should be submitted to buyer immediately after shipping of relative goods.
-All documents,  invoices & correspondences concerning this contract must bear the indent number

**Special conditions for  medicine** .
- the following certificate to be submitted if available :
   FDA , CE , HPB , MOH  for awarded products
- Method & legalized certificate of analysis together with international standard reference substance for analysis purpose with certificate of analysis for the same batch of ref. standard are to be sent with first consignment of  order otherwise the order will not be accepted  .
- The seller is responsible to compensate the buyer for the defected items after the necessary checking & analysis if the defect is because of manufacture default   .
- The national code  ,order no.,LIC no.,name of the vendor, quantity &shelf life should be printed on outer carton for the whole Qty of order& in the  invoice
- The seller should write the manufacturer name & country of origin on each inner & outer packing
- The seller is responsible to compensate the buyer for any shortage or missing items or items which does not comply with the specification agreed in this order confirmation , within the same delivery period of this contract other wise the seller should pay a delay penalty in the same percentage calculated in delay of shipment .
- All the labels on each pack should be written in English language.

Roche

First party(buyer)
The state company for marketing
drugs and medical appliances .
31. 3. 200 7

Second party (seller)
F.Hoffmann-La Roche Ltd
Adel Khumush
21/3/2007

❖ Legalized certificate stating that each product is free from bovine transmissible spongiform encephatopathies (T.S.E.) as well as assuring that items were free from genetic aberration factors .to be presented for each batch with shipping documents for products derived or obtained from animal source (cattle)

❖ The seller should not dispatch any product contains amaranth color .

❖ Any item ( medicine) that fails in analysis as verified by Iraqi national quality control lab. is to be replaced by seller.

❖ Item (medicine) should be freshly manufactured at least  3/4 of shelf life remaining upon arrival  to kimadia stores

❖ Consignments should be marked with order number and each consignment contains a copy of the packing list and all necessary commercial documents otherwise it will be neglected.

❖ Packing must be excellent and inside safety boxes to protect materials  from damage, breakage and shortage by using a tight cellophane for each carton .

❖ Packing covers of botanic origin especially woods should exclude (disease-insects) blights.

❖ M.O.H ./ IRAQ to be mentioned as stickers on each individual pack & on  outer carton for whole qty of product after arrival of goods to buyer's stores on the seller account.

❖ The seller has to furnish the buyer with international standard reference substances i.e B.P.C Rst. or U.S.P. Rst or E.U.C. Rst.  Together with Certificate of analysis for the same dispatched batches(of Ref. Standard)

❖ Batch no., manufacturing date, expiry date &route of administration  must be printed on inner& outer pack of item in English language

❖ In case the supplier is not committed to the delivery schedule kimadia will be free from any commitment against this contract ..

❖ Complete shipping document should be sent to import department directly & other copy to be sent with the consignment .

❖ The seller has to register his company and items at Iraqi M.O.H .

❖ Goods to be dispatched with minimum no. of batches .

❖ The seller has to arrange packing of order in pallet with shrink wrapping of cartons & clear labeling of the contents of each carton according to ISO specifications

❖  goods not sold out from the buyer's stores after the date of expiration are subject to be compensated by the supplier not exceed 10 % of total order quantity .

❖ Pallets should be with the following dimensions in order to facilitate buyer work:-
   Length 1200 M.M.
   Width 1000 M.M
   Height 1000 M.M (Including the height of pallet base)
   Weight of each pallet should be not more than 800kg.

❖ All bank charges which being incurred upon opening L/C ,  amendment , extension & commissions outside and inside Iraq will be on seller account ..

❖  Certificate of origin indicating that the goods are produced in the country of origin of manufacturing Co. to be presented with the shipping documents .

❖ Items which need cooling environment should be dispatched in cooled trucks & the seller will be held responsible to compensate the buyer of any item failed in analysis due to the unsuitable temperature during transportation.

❖ The seller is responsible for the compliance of item with specifications.

❖ The seller is requested to take special care in packing bags of the consignments to expedite the unloading .

❖ The Iraqi Law should  be applied in executing terms and conditions of this contracts and any claim or dispute may arise against these terms and conditions should be judged in Iraq(Baghdad).

❖ The seller certifies that all raw materials & instruments to be supplied , will be of switzerland origin.

❖ This order is subject to fees according to Iraqi laws .

Roche

First party(buyer)
The state company for marketing
drugs and medical appliances
31. 3. 2007

Second party (seller)
F.Hoffmann-La Roche Ltd

Adel Khouri
21 / 3 / 2007