## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOSHUA ATCHLEY *et al.*, | |
| Plaintiffs, | |
| | Case No. 17-cv-02136-RJL |
| v. | |
| ASTRAZENECA UK LIMITED *et al.*, | JURY TRIAL DEMANDED |
| Defendants. | |

### PLAINTIFFS' UNNOPPOSED MOTION TO WITHDRAW THE
### APPEARANCE OF G. DEREK ANDRESON AS COUNSEL FOR PLAINTIFFS

Pursuant to Local Civil Rule 86.3(c), Plaintiffs, through undersigned counsel, hereby move the Court to grant Plaintiffs' Motion to Withdraw the Appearance of G. Derek Anderson as co-counsel of record in the above-captioned matter, based upon Mr. Anderson's departure from Sparacino & Anderson PLLC, which moving forward shall be named Sparacino PLLC.

Plaintiffs' motion is unopposed by Defendants.  A proposed Order is attached.


Dated:  August 28, 2018

1

Respectfully submitted,

*/s/ Ryan R. Sparacino*

Ryan R. Sparacino (D.C. Bar No. 493700)
Sparacino PLLC
1920 L Street, NW, Suite 535
Washington, D.C. 20036
Tel:  (202) 629-3530
ryan.sparacino@sparacinopllc.com

David C. Frederick (D.C. Bar No. 431864)
Joshua D. Branson (D.C. Bar No. 981623)
Andrew E. Goldsmith (D.C. Bar No. 1007074)
Thomas G. Schultz (D.C. Bar No. 1028017)
Nicholas O. Hunter (D.C. Bar No. 1022355)
Kellogg, Hansen, Todd,
  Figel & Frederick, P.L.L.C.
1615 M Street, N.W., Suite 400
Washington, D.C. 20036
Tel:  (202) 326-7900
Fax:  (202) 326-7999
dfrederick@kellogghansen.com
jbranson@kellogghansen.com
agoldsmith@kellogghansen.com
tschultz@kellogghansen.com
nhunter@kellogghansen.com

*Counsel for Plaintiffs*

2