IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOSHUA ATCHLEY, et al.,<br><br>　　Plaintiffs,<br><br>　v.<br><br>ASTRAZENECA UK LTD., et al.,<br><br>　　Defendants. | Case No. 1:17-CV-02136 (RJL) |

FILED
JAN 29 2020
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

ORDER GRANTING JOINT MOTION REGARDING
PLAINTIFFS' THIRD AMENDED COMPLAINT

January 28, 2020

Upon consideration of the parties' Stipulation and Joint Motion Regarding Plaintiffs' Third Amended Complaint ("Stipulation and Joint Motion"), it is hereby

**ORDERED** that the motion is **GRANTED**. It is further

**ORDERED** that defendants shall file new motions to dismiss the Third Amended complaint ("TAC") within seven (7) days of the entry of this Order. On the same day the new motion to dismiss is filed, the parties shall refile their prior briefing directed to Defendants' motions to dismiss the Second Amended Complaint (the "Existing Briefs") [Dkt. ## 111–114-9, 116–117]. That briefing, as well as the October 30, 2019 oral argument, shall apply to the new motions to dismiss the TAC without the need for renewed briefing or oral argument. The parties' arguments set forth in their respective Existing Briefs and the October 30, 2019 oral argument shall apply to the new motions to dismiss as if they had been directed to the TAC in the first instance, and all Plaintiffs asserting claims in the proposed TAC shall be bound by the Court's ruling on the new motions to dismiss. It is further

**ORDERED** that Plaintiffs may file the information required by Local Civil Rule 5.1(c) in the manner previously allowed by the Court, *i.e.*, under seal and within thirty (30) days of the entry of this Order. *See* Dkt. 3.  It is further

**ORDERED** that nothing in this Order constitutes a waiver or forfeiture of any right, defense, denial, or response, including, but not limited to, those relating to the statutes of limitations, misjoinder of claims, personal jurisdiction, or service of process, nor otherwise establishes or confers personal jurisdiction with respect to, or service of process upon, the Defendants. Should Defendants at a later date wish to assert grounds for dismissing or severing the TAC's amended or newly-added claims or Plaintiffs for reasons in addition to those asserted in Defendants' Existing Briefs, nothing in this Order prevents them from doing so or prevents Plaintiffs from opposing Defendants' attempt to do so.

_____
HON. RICHARD J. LEON
UNITED STATES DISTRICT JUDGE