# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOSHUA ATCHLEY, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | Case No. 1:17-CV-02136 (RJL) |
| v. ) | |
| ) | |
| ASTRAZENECA UK LTD., *et al.*, ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF APPEARANCE

I, Brian T. Gilmore, hereby enter my appearance in this matter on behalf of Defendants Pfizer Inc.; Pfizer Enterprises SARL; Pfizer Pharmaceuticals LLC; Pharmacia & Upjohn Company LLC; and Wyeth Pharmaceuticals Inc.

Dated:  February 5, 2020

Respectfully submitted,

/s/ Brian T. Gilmore
Brian T. Gilmore (D.C. Bar # 1030601)
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, N.W.
Washington, DC 20005
(202) 434-5000
bgilmore@wc.com

*Counsel for Defendants Pfizer Inc., Pfizer Enterprises SARL, Pfizer Pharmaceuticals LLC, Pharmacia & Upjohn Company LLC, and Wyeth Pharmaceuticals Inc.*

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 5, 2020, I caused to be filed a copy of the foregoing Notice of Appearance to the Court's CM/ECF system, and service was effected electronically to all counsel of record.

/s/ Brian T. Gilmore
Brian T. Gilmore (D.C. Bar # 1030601)