# Exhibit 1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOSHUA ATCHLEY *et al.*,<br><br>     Plaintiffs,<br><br>  v.<br><br>ASTRAZENECA UK LIMITED *et al.*,<br><br>     Defendants. | Case No. 17-cv-02136-RJL<br><br>JURY TRIAL DEMANDED |

## **INDEX OF EXHIBITS**

EXHIBIT 1  Plaintiffs' Index of Exhibits.

EXHIBIT 2  U.S. Com. Serv., *Doing Business in Iraq* (full version of Defendants' Exhibit 36).

EXHIBIT 3  Multinational-Corps – Iraq, *Operation Black Crescent*, FRAGO_020 to OPORD 07-01 (June 6, 2007).

EXHIBIT 4  SIGIR, *Quarterly Report to the United States Congress* (Oct. 30, 2008) (full version of Defendants' Exhibit 33).

EXHIBIT 5  USAID, *Iraq Private Sector Growth and Employment Generation: Pharmaceutical and Medical Products in Iraq* (Apr. 17, 2007) (full version of Defendants' Exhibit 5).

EXHIBIT 6  SIGIR, *The Year of Transition Enters the Fourth Quarter* (Oct. 30, 2006) (full version of Defendants' Exhibit 44).

EXHIBIT 7  USAID, *The USAID-TIJARA Provincial Economic Growth Program* (Nov. 2011) (full version of Defendants' Exhibit 40).

EXHIBIT 8  U.S. State Dep't, *Country Reports on Terrorism 2008* (Apr. 2009) (full version of Defendants' Exhibit 52).