**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| JOSHUA ATCHLEY *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> ASTRAZENECA UK LIMITED *et al.*, <br><br> Defendants. | Case No. 17-cv-02136-RJL <br><br> JURY TRIAL DEMANDED |

**[PROPOSED] ORDER DENYING DEFENDANTS'
RULE 12(b)(1) AND 12(b)(6) MOTION TO DISMISS**

Upon consideration of Defendants' Rule 12(b)(1) and 12(b)(6) Motion to Dismiss (Dkt. 128) and Plaintiffs' Opposition thereto, it is hereby ORDERED that Defendants' Motion to Dismiss is DENIED.

Dated: _____, 2020      _____
                                              HON. RICHARD J. LEON
                                              UNITED STATES DISTRICT JUDGE

cc: All counsel of record via ECF