**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| JOSHUA ATCHLEY, *et al.*, )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>ASTRAZENECA UK LTD., *et al.*, )<br>)<br>Defendants. ) | Case No. 1:17-CV-02136 (RJL) |

**NOTICE OF APPEARANCE**

I, Melissa B. Collins, hereby enter my appearance in this matter on behalf of Defendants Pfizer Inc.; Pfizer Enterprises SARL; Pfizer Pharmaceuticals LLC; Pharmacia & Upjohn Company LLC; and Wyeth Pharmaceuticals Inc.

Dated: February 12, 2020

Respectfully submitted,

/s/ Melissa B. Collins
Melissa B. Collins (D.C. Bar # 1012979)
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, N.W.
Washington, DC 20005
(202) 434-5000
mcollins@wc.com

*Counsel for Defendants Pfizer Inc., Pfizer Enterprises SARL, Pfizer Pharmaceuticals LLC, Pharmacia & Upjohn Company LLC, and Wyeth Pharmaceuticals Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that on February 12, 2020, I caused to be filed a copy of the foregoing Notice of Appearance to the Court's CM/ECF system, and service was effected electronically to all counsel of record.

/s/ Melissa B. Collins
Melissa B. Collins (D.C. Bar # 1012979)