**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| JOSHUA ATCHLEY, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> ASTRAZENECA UK LTD., *et al.*, <br><br> Defendants. | Case No. 1:17-CV-02136 (RJL) |

**NOTICE OF CHANGE OF FIRM ADDRESS**

Please take notice that attorney Robert Reeves Anderson, counsel for Defendants GE Healthcare USA Holding LLC, GE Medical Systems Information Technologies, Inc., and GE Medical Systems Information Technologies GmbH, files this Notice of Change of Firm Address and states as follows:

Effective April 6, 2020, Arnold & Porter Kaye Scholer LLP has moved its Denver office location to: **1144 Fifteenth Street, Suite 3100, Denver, CO 80202**. All other contact information with respect to Mr. Anderson remains unchanged.

Dated:  April 20, 2020

                                                          Respectfully submitted,

                                                          */s/ R. Reeves Anderson*
                                                          Robert Reeves Anderson, (D.D.C. Bar No.994989)
                                                          ARNOLD & PORTER KAYE SCHOLER LLP
                                                          1144 Fifteenth Street, Suite 3100
                                                          Denver, CO 80202
                                                          (303) 863-2325
                                                          reeves.anderson@arnoldporter.com

                                                          *Counsel for Defendants GE Healthcare USA*
                                                          *Holding LLC, GE Medical Systems Information*
                                                          *Technologies, Inc., and GE Medical Systems*
                                                          *Information Technologies GmbH*