UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOSHUA ATCHLEY *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>ASTRAZENECA UK LTD., *et al.*,<br><br>Defendants. | Case No. 1:17-CV-02136 (RJL) |

### NOTICE OF WITHDRAWAL OF APPEARANCE

Please enter the withdrawal of appearance of John F. Baughman of Paul, Weiss, Rifkind, Wharton & Garrison LLP as an attorney for Defendants Johnson & Johnson, Cilag GmbH International, Ethicon Endo-Surgery, LLC, Ethicon, Inc., Janssen Ortho LLC, Janssen Pharmaceutica NV, Johnson & Johnson (Middle East) Inc., and Ortho Biologics LLC. Mr. Baughman has left the law firm of Paul, Weiss, Rifkind, Wharton & Garrison LLP.

Paul, Weiss, Rifkind, Wharton & Garrison LLP will continue to represent Defendants Johnson & Johnson, Cilag GmbH International, Ethicon Endo-Surgery, LLC, Ethicon, Inc., Janssen Ortho LLC, Janssen Pharmaceutica NV, Johnson & Johnson (Middle East) Inc., and Ortho Biologics LLC in this proceeding.

Dated: April 23, 2020

Respectfully submitted,

*/s/ Jeh C. Johnson*
Jeh C. Johnson (D.C. Bar No. 461627)
PAUL, WEISS, RIFKIND, WHARTON &
GARRISON LLP
2001 K Street, NW
Washington, DC 20006-1047
(202) 223-7300
jjohnson@paulweiss.com

*Seen and agreed:*

Johnson & Johnson, Cilag GmbH
International, Ethicon Endo-
Surgery, LLC, Ethicon, Inc.,
Janssen Ortho LLC, Janssen
Pharmaceutica NV, Johnson &
Johnson (Middle East) Inc., and
Ortho Biologics LLC

Julia Kiechel, Esq.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 23rd day of April, 2020, a true and accurate copy of the foregoing was electronically filed with the Clerk's Office using this Court's CM/ECF system, which causes all counsel of record to be served by electronic means, as more fully reflected on the Notice of Electronic Filing and Service.

Respectfully submitted,

/s/ Jeh C. Johnson
Jeh C. Johnson (D.C. Bar No. 461627)
PAUL, WEISS, RIFKIND, WHARTON &
GARRISON LLP
2001 K Street, NW
Washington, DC 20006-1047
(202) 223-7300
jjohnson@paulweiss.com