UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

JOSHUA ATCHLEY *et al.*,            )
                                    )
       Plaintiffs,              )
                                    )
v.                                  )      Civil Case No. 17-2136 (RJL)
                                    )
ASTRAZENECA UK                      )
LIMITED, *et al.*,                  )
                                    )
       Defendants.              )

## ORDER

July 17th, 2020 [Dkt. ## 128, 130]

For the reasons set forth in the accompanying Memorandum Opinion, it is hereby **ORDERED** that defendants' motion to dismiss [Dkt. # 128] and foreign defendants' motion to dismiss for lack of personal jurisdiction [Dkt. # 130] are **GRANTED**.

**SO ORDERED**.

RICHARD J. LEON
United States District Judge