**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| JOSHUA ATCHLEY, *et al.*,<br><br>                      Plaintiffs,<br><br>      v.<br><br>ASTRAZENECA UK LIMITED, *et al.*,<br><br>                      Defendants. | Case No. 17-cv-02136-RJL |

## PLAINTIFFS' NOTICE OF APPEAL

NOTICE is hereby given that all Plaintiffs in the above-captioned case – Joshua Atchley, *et al.* – hereby appeal to the United States Court of Appeals for the District of Columbia Circuit from the final, appealable Order entered in this case on July 17, 2020, *see* Order (July 17, 2020), ECF No. 139, and the accompanying Memorandum Opinion, *see* Mem. Op. (July 17, 2020), ECF No. 138, granting Defendants' motion to dismiss and foreign Defendants' motion to dismiss for lack of personal jurisdiction.

2

Dated: August 14, 2020

Ryan R. Sparacino (D.C. Bar No. 493700)
Sparacino PLLC
1920 L Street, N.W., Suite 535
Washington, D.C. 20036
Tel: (202) 629-3530
ryan.sparacino@sparacinopllc.com

Respectfully submitted,

/s/ *David C. Frederick*

David C. Frederick (D.C. Bar No. 431864)
Joshua D. Branson (D.C. Bar No. 981623)
Andrew E. Goldsmith (D.C. Bar No. 1007074)
Thomas G. Schultz (D.C. Bar No. 1028017)
Matthew M. Duffy (D.C. Bar. No. 1031257)
Kellogg, Hansen, Todd,
 Figel & Frederick, P.L.L.C.
1615 M Street, N.W., Suite 400
Washington, D.C. 20036
Tel: (202) 326-7900
Fax: (202) 326-7999
dfrederick@kellogghansen.com
jbranson@kellogghansen.com
agoldsmith@kellogghansen.com
tschultz@kellogghansen.com
mduffy@kellogghansen.com

*Counsel for Plaintiffs*

## **CERTIFICATE OF SERVICE**

I hereby certify that, on this 14th day of August 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will then send a notification of such filing (NEF) to all counsel of record.

                                              /s/ *David C. Frederick*
                                              David C. Frederick