IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOSHUA ATCHLEY, *et al.*,<br><br>　　　　　Plaintiffs,<br><br>v.<br><br>ASTRAZENECA UK LIMITED, *et al.*,<br><br>　　　　　Defendants. | Case No. 1:17-CV-02136 (RJL) |

**JOINT MOTION FOR EXTENSION OF TIME TO FILE
JOINT CASE MANAGEMENT SUBMISSION**

The parties to the above-captioned action jointly move the Court for an Order extending their time to file their joint case management submission from June 20, 2023 until June 28, 2023. In support of this request, the parties hereby state as follows:

1. In its Minute Order dated March 1, 2023, the Court ordered the parties to confer about an appropriate case management plan and propose that plan to the Court within 30 days of the Supreme Court's decision in *Twitter, Inc. v. Taamneh*, 143 S. Ct. 1206 (2023).

2. The Supreme Court issued its decision in *Twitter, Inc. v. Taamneh* on May 18, 2023. Thus, by operation of the Court's March 1, 2023 Minute Order, the parties understand that their joint case management submission is presently due on June 20, 2023 (the day after the Juneteenth federal holiday).

3. Since the Court's March 1, 2023 Minute Order, counsel have met and conferred regarding case management planning on multiple occasions, including both before and after the Supreme Court's decision in *Taamneh*, most recently on June 12, 2023.

4. While the parties are in agreement as to certain aspects of a case management plan, there are certain issues as to which the parties are not in agreement.

5. The parties agree that their joint case management submission should present the issues on which the parties agree and the parties' respective positions on the disputed issues. The parties further agree that extending the time for filing their joint case management submission from June 20, 2023 until June 28, 2023 will provide sufficient time for the parties to do so.

WHEREFORE, the parties respectfully request that the Court enter an Order extending the time to file their joint case management submission from June 20, 2023 until June 28, 2023.

Dated: June 16, 2023

Respectfully submitted,

/s/ Joshua D. Branson
David C. Frederick (D.C. Bar No. 431864)
Joshua D. Branson (D.C. Bar No. 981623)
Andrew E. Goldsmith (D.C. Bar No. 1007074)
Thomas G. Schultz (D.C. Bar No. 1028017)
KELLOGG, HANSEN, TODD, FIGEL &
FREDERICK, P.L.L.C.
1615 M Street, N.W., Suite 400
Washington, D.C. 20036
Tel: (202) 326-7900
Fax: (202) 326-7999
dfrederick@kellogghansen.com
jbranson@kellogghansen.com
agoldsmith@kellogghansen.com
tschultz@kellogghansen.com

Ryan R. Sparacino (D.C. Bar No. 493700)
Sparacino PLLC
1920 L Street, NW, Suite 535
Washington, D.C. 20036
Tel: (202) 629-3530
ryan.sparacino@sparacinopllc.com

*Counsel for Plaintiffs*

/s/ John B. Bellinger
John B. Bellinger III (D.C. Bar No. 405059)
David J. Weiner (D.C. Bar No. 499806)
ARNOLD & PORTER KAYE SCHOLER LLP
601 Massachusetts Ave., N.W.
Washington, DC 20001
(202) 942-5000
john.bellinger@arnoldporter.com

Robert Reeves Anderson (D.C. Bar No. 994989)
ARNOLD & PORTER KAYE SCHOLER LLP
1144 Fifteenth Street, Suite 3100
Denver, CO 80202-2848
(303) 863-2325
Reeves.Anderson@arnoldporter.com

*Counsel for Defendants GE Healthcare USA Holding LLC, GE Medical Systems Information Technologies, Inc., and GE Medical Systems Information Technologies GmbH*

/s/ Maureen F. Browne
Beth S. Brinkmann (D.C. Bar No. 477771)
Maureen F. Browne (D.C. Bar No. 441440)
David M. Zionts (D.C. Bar No. 995170)
COVINGTON & BURLING LLP
850 Tenth Street, N.W.
One City Center
Washington, DC 20001
Telephone: (202) 662-6000
Facsimile: (202) 778-5104
bbrinkmann@cov.com

*Counsel for Defendant F. Hoffmann-La Roche Ltd*

3

/s/ Paul S. Mishkin
Paul S. Mishkin (*admitted pro hac vice*)
DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, NY 10017
Tel: (212) 450-4292
Fax: (212) 701-5292
paul.mishkin@davispolk.com

Jesse Solomon (D.C. Bar No. 998972)
DAVIS POLK & WARDWELL LLP
901 15th Street, N.W. Washington, DC 20005
Tel: (202) 962-7030
Fax: (202) 962-7118
jesse.solomon@davispolk.com

*Counsel for Defendants AstraZeneca Pharmaceuticals, LP and AstraZeneca UK Limited*


/s/ Jeh C. Johnson
Jeh C. Johnson (D.C. Bar No. 461627)
PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
2001 K Street, NW
Washington, DC 20006-1047
(202) 223-7300
jjohnson@paulweiss.com

*Counsel for Defendants Johnson & Johnson, Cilag GmbH International, Ethicon Endo-Surgery, LLC, Ethicon, Inc., Janssen Ortho LLC, Janssen Pharmaceutica NV, Johnson & Johnson (Middle East) Inc., and Ortho Biologics LLC*

4

/s/ Christopher N. Manning
Joseph G. Petrosinelli (D.C. Bar No. 434280)
Christopher N. Manning (D.C. Bar No. 464069)
Melissa B. Collins (D.C. Bar No. 1012929)
Brian T. Gilmore (D.C. Bar No. 1030601)
WILLIAMS & CONNOLLY LLP
680 Maine Avenue, S.W.
Washington, DC 20024
(202) 434-5000
cmanning@wc.com

*Counsel for Defendants Pfizer Inc., Pfizer Pharmaceuticals LLC, Pfizer Enterprises SARL, Pharmacia & Upjohn Company LLC, and Wyeth Pharmaceuticals Inc.*

/s/ David W. Bowker
David W. Bowker (D.C. Bar. No. 989309)
Catherine M.A. Carroll (D.C. Bar. No. 497890)
Leon T. Kenworthy (D.C. Bar. No. 1045105)
WILMER CUTLER PICKERING
HALE AND DORR LLP
2100 Pennsylvania Avenue, NW
Washington, D.C. 20037
Telephone: (202) 663-6000
Facsimile: (202) 663-6363
david.bowker@wilmerhale.com

*Counsel for Defendants Genentech, Inc. and Hoffmann-La Roche Inc.*

5