# United States Court of Appeals

**FOR THE DISTRICT OF COLUMBIA CIRCUIT**

_____

**No. 20-7077**                           **September Term, 2025**

**1:17-cv-02136-RJL**

**Filed On: May 1, 2026** [2171472]

Joshua Atchley, et al.,

        Appellants

     v.

AstraZeneca UK Limited, et al.,

        Appellees

## M A N D A T E

In accordance with the judgment of January 23, 2026, and pursuant to Federal Rule of Appellate Procedure 41, this constitutes the formal mandate of this court.

**FOR THE COURT:**
Clifton B. Cislak, Clerk

BY:    /s/
       Daniel J. Reidy
       Deputy Clerk

Link to the judgment filed January 23, 2026